AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Johnson & Johnson, et. al.

v.

South Pointe Wholesale, Inc., et al.

**APPEARANCE**

Case No. 08-Civ-1297

TOWNES, J.

GOLD, M.J.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Johnson & Johnson and LifeScan, Inc.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 31 2008 ★
BROOKLYN OFFICE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/08 | *[signature]* |
| Date | Signature |
| | Geoffrey Potter   GP-8073 |
| | Print Name   Bar Number |
| | Kramer Levin Naftalis & Frankel LLP |
| | 1177 Avenue of the Americas |
| | Address |
| | New York   NY   10036 |
| | City   State   Zip Code |
| | (212) 715-9100   (212) 715-8000 |
| | Phone Number   Fax Number |