**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                 :

JOHNSON & JOHNSON AND LIFESCAN, INC.  :   08 Civ. **08   1297**

                Plaintiffs,  :

                                 :   ORDER TO SHOW CAUSE FOR A

        -against-  :   TEMPORARY RESTRAINING
                                 :   ORDER AND PRELIMINARY
SOUTH POINTE WHOLESALE, INC.,  :   INJUNCTION
JARROD SHIRLEY, EUTRE SHIRLEY,  :
MC DISTRIBUTORS LLC, AMERICAN  :   FILED UNDER SEAL
DIABETES WHOLESALE D/B/A PREMIER  :   PURSUANT TO 15 U.S.C. § 1116
PURCHASING GROUP, ERIC CHIRINSKY,  :
MICHAEL MAGUIRE, HEALTHSOURCE  :
DISTRIBUTORS LLC, JERRY L. WOLASKI,  :
QK HEALTHCARE INC., ROWAN TREE 1123  :
CC, ELIZABETH M. VENTER, REUBEN C.  :
MAHLAGARE, AND JOHN DOES 1-10,  :
                                 :

                Defendants.  :
------------------------------------------------------------- X

**TOWNES, J.**   **GOLD, M.J.**

PLEASE TAKE NOTICE that upon the Complaint of Johnson & Johnson and

LifeScan Inc., (together, "Plaintiffs"), the declarations and the exhibits annexed hereto,

and the memorandum of law submitted in support of this Order, it is hereby:

ORDERED, that defendants South Pointe Wholesale, Inc., Jarrod Shirley, Eutre

Shirley, MC Distributors LLC, American Diabetes Wholesale d/b/a Premier Purchasing

Group, Eric Chirinsky, Michael Maguire, HealthSource Distributors LLC, and Jerry L.

Wolaski, (collectively the "U.S. Defendants") and defendants Rowan Tree 1123 CC,

Elizabeth M. Venter and Reuben C. Mahlagare (the "Rowan Tree Defendants")

(collectively the "Defendants") show cause before this Court at Courtroom_____, United

States Courthouse, the Eastern District of New York, 225 Cadman Plaza East, Brooklyn,

New York 11201, on the 24th day of April, 2008 at 10 o'clock a.m., or such other

date as may be fixed by the Court, why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued enjoining the Defendants and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them, pending the final hearing and determination of this action from:

1.     using any of the OneTouch Marks, on any product whether genuine, counterfeit or re-packaged,  or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of blood glucose test strips (the OneTouch Marks are LIFESCAN (Reg. No. 1,384,863), ONETOUCH (Reg. Nos. 3,039,103; 2,863,393),  ONE TOUCH (Reg. Nos. 1,484,999; 2,710,143), ONE TOUCH ULTRA (Reg. No. 2,538,658), INDUO (Reg. No. 2,652,567), ULTRASMART (Reg. No. 2,730,626) and JOHNSON & JOHNSON (Reg. No. 0,648,450));

2.     using any logo, trade name or trademark confusingly similar to any of the OneTouch Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

3.     infringing any of the OneTouch Marks;

4.     otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of OneTouch test strips;

5.     falsely representing itself as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade,

date as may be fixed by the Court, why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued enjoining the Defendants and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them, pending the final hearing and determination of this action from:

     1.     using any of the OneTouch Marks, on any product whether genuine, counterfeit or re-packaged,  or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of blood glucose test strips (the OneTouch Marks are LIFESCAN (Reg. No. 1,384,863), ONETOUCH (Reg. Nos. 3,039,103; 2,863,393),  ONE TOUCH (Reg. Nos. 1,484,999; 2,710,143), ONE TOUCH ULTRA (Reg. No. 2,538,658), INDUO (Reg. No. 2,652,567), ULTRASMART (Reg. No. 2,730,626) and JOHNSON & JOHNSON (eg. No. 0,648,450));

     2.     using any logo, trade name or trademark confusingly similar to any of the OneTouch Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

     3.     infringing any of the OneTouch Marks;

     4.     otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of OneTouch test strips;

     5.     falsely representing itself as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade,

2

retailers and/or members of the purchasing public to believe that Defendants are associated with Plaintiffs;

6.       using any reproduction, counterfeit, copy, or colorable imitation of any of the OneTouch Marks in connection with the publicity, promotion, sale, or advertising of test strips;

7.       affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being OneTouch test strips and from offering such goods in commerce;

8.       diluting any of the OneTouch Marks;

9.       destroying any records documenting the manufacture, sale, offer for sale, distribution, advertisement or receipt of any product purporting to be OneTouch test strips, including the product itself; and

10.       assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (9) above; and it is further

ORDERED, that, to the extent the Rowan Tree Defendants fail to appear or respond by the Order to Show Cause hearing date set forth above, the Rowan Tree Defendants shall show cause in writing, within _____ days of service of this Order to Show Cause, why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued.  Such answer shall be filed with this Court and served by mail and facsimile upon plaintiffs' counsel, Kramer Levin Naftalis & Frankel LLP at their offices at 1177 Avenue of the Americas, New York, New York 10036 (Fax:

3

(212) 715-8000).  Plaintiffs may, within fifteen (15) days of service of the Rowan Tree Defendants' answer, reply in further support of their motion.  From the Order to Show Cause hearing date through the date upon which the Rowan Tree Defendants appear or respond to this Order to Show Cause, the Temporary Restraining Order shall be automatically converted to a preliminary injunction; and it is further

ORDERED, that pending the above-referenced hearing, or such other date as may be fixed by the Court, Defendants and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation (collectively the "Restrained Parties"), are hereby immediately temporarily restrained from:

1.      using any of the OneTouch Marks (as defined above) or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of test strips, whether the test strips are authentic, re-packaged or counterfeit;

2.      using any logo, trade name or trademark confusingly similar to any of the OneTouch Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

3.      infringing any of the OneTouch Marks;

4.      otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of OneTouch test strips;

5.      falsely representing itself as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade,

4

retailers and/or members of the purchasing public to believe that Defendants are associated with Plaintiffs;

6. using any reproduction, counterfeit, copy, or colorable imitation of any of the OneTouch Marks in connection with the publicity, promotion, sale, or advertising of test strips;

7. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being OneTouch test strips and from offering such goods in commerce;

8. diluting any of the OneTouch Marks;

9. destroying any records documenting the manufacture, sale, offer for sale, distribution, advertisement or receipt of any product purporting to be OneTouch test strips, including the product itself; and

10. assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (9) above; and it is further

ORDERED, that the Restrained Parties shall be prohibited for a period of ten (10) days, commencing on the date of service of this Order, from communicating with any purchaser, supplier, distributor, packager, or re-packager of any products bearing any of the OneTouch Marks about this litigation or the subject matter of this litigation; and it is further

ORDERED, that the Restrained Parties shall produce to Plaintiffs, immediately upon the service of this Order, a summary document showing the dates, quantities, names

and addresses of all customers and suppliers for the preceding twenty-four (24) months to whom they have sold or from whom they have purchased products bearing any of the OneTouch Marks; and it is further

ORDERED, that the Restrained Parties shall be restrained from secreting any assets, and from transferring or conveying any assets held by, for, or on account of any or all of the Defendants, in any bank, brokerage house or financial institution transacting business within the State of New York. Upon service of this Order to Show Cause upon a bank, brokerage house or financial institution transacting business within the State of New York, all assets held by, for, or on account of any or all of the Defendants, or in an account as to which any of them has signature authority, shall be frozen and restrained and any bank, brokerage house or financial institution holding such funds are restrained from releasing them until further order of this Court; and it is further

ORDERED, that service of the Summons and Complaint and of this Order, together with copies of the papers in support thereof, shall be made within $2$ business days of the undersigned date on the U.S. Defendants (but in any event, not in advance of the execution of any Seizure Order entered by this Court), by delivering true copies thereof to any person of suitable age found at the U.S. Defendants's business addresses, and that such service be deemed sufficient service; and it is further

ORDERED, that plaintiffs serve this Order to Show Cause and all papers upon which it is based, including the Summons and Complaint upon the Rowan Tree Defendants in a manner authorized by Rules 4(f)(1) and or 4(f)(2) of the Federal Rules of Civil Procedure and acceptable to the countries in which the defendants are served. In addition to serving the Rowan Tree Defendants in this manner, plaintiffs may send copies

KL3 2647008.6

of these documents to the Rowan Tree Defendants by first-class mail or by any other reliable means (including, without limitation, reputable international courier service), and request that the Rowan Tree Defendants waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.  If the Rowan Tree Defendants declines to waive service and if service pursuant to Rules 4(f)(1) and/or 4(f)(2) proves impossible, plaintiffs may move pursuant to Rule 4(f)(3) for permission to serve the Rowan Tree Defendants by other means not prohibited by international agreement.  Any service on the Rowan Tree Defendants may be delayed until after a seizure has been executed against them; and it is further

ORDERED, that answering papers, if any, be filed by the U.S. Defendants with this Court and personally served upon Plaintiffs' counsel, Kramer Levin Naftalis & Frankel LLP at their offices at 1177 Avenue of the Americas, New York, New York 10036, on or before _April 10_, 2008, and reply papers shall be filed and served on or before _April 17_, 2008; and it is further

ORDERED, that the U.S. Defendants are hereby put on notice that failure to attend the show cause hearing scheduled herein shall result in the immediate issuance and confirmation of the preliminary injunction, and that failure of the Rowan Tree Defendants to respond to the Order to Show Cause by _April 24_, 2008 shall result in the automatic issuance of a preliminary injunction, which shall be deemed to take effect immediately and shall extend during the pendency of this action.   The Restrained Parties shall be deemed to have actual notice of the issuance and terms of such preliminary injunction, and that any act by any of the Restrained Parties in violation of

7

any of its terms may be considered and prosecuted as contempt of this Court; and its further

ORDERED, that all papers submitted in this action, including those heretofore submitted, shall be filed by the Clerk of the Court under seal, and shall remain filed under seal until further order of this Court.

_Sandra L. Townes_
UNITED STATES DISTRICT JUDGE

Issued: _April_ ~~March~~ 2 , 2008 at 1 o'clock pm.

8

KL3 2647008.6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                           :

JOHNSON & JOHNSON AND LIFESCAN, INC. :
                           :     08 Civ. _____

           Plaintiffs,  :

                           :

      -against-      :

SOUTH POINTE WHOLESALE, INC.,   :     DECLARATION OF
JARROD SHIRLEY, EUTRE SHIRLEY,   :     <u>GEOFFREY POTTER</u>
MC DISTRIBUTORS LLC, AMERICAN   :
DIABETES WHOLESALE LLC D/B/A/   :     FILED UNDER SEAL
PREMIER PURCHASING GROUP, ERIC   :     PURSUANT TO 15 U.S.C. § 1116
CHIRINSKY, MICHAEL MAGUIRE,   :
HEALTHSOURCE DISTRIBUTORS LLC,   :
JERRY L. WOLASKI, QK HEALTHCARE INC., :
ROWAN TREE 1123 CC, ELIZABETH M.   :
VENTER, REUBEN C. MAHLAGARE, AND   :
JOHN DOES 1-10,   :
                           :

           Defendants.  :
-------------------------------------------------------------- x

GEOFFREY POTTER, pursuant to 28 U.S.C. § 1746, hereby declares:

1.    I am with Kramer Levin Naftalis & Frankel LLP, attorneys for plaintiffs Johnson

& Johnson ("J&J") and LifeScan, Inc. ("LifeScan") (together, "Plaintiffs"). I am fully familiar

with this proceeding and related proceedings by Plaintiffs in this Court and submit this

declaration in support of the Order to Show Cause submitted by Plaintiffs in the above-captioned

matter and to place certain background information before the Court.

2.    LifeScan has been victimized by counterfeiters worldwide who seek to capitalize,

unlawfully, on the name recognition and good will associated with LifeScan's OneTouch

products. Upon discovering that counterfeit test strips were being sold in the United States in

violation of those trademarks, LifeScan took immediate steps to find and root out the source of

the infringing product. As part of that process, it commenced an action in this Court against

distributors of the infringing product that it had identified, titled *Johnson & Johnson, et ano. v. Champion Sales, Inc., et al.*, Case No. 06 Civ. 5451 (SLT) (SMG) (the "*Champion Sales*" action), by order to show cause, on October 6, 2006. The Court issued an expedited discovery order, as well as orders permitting the Plaintiffs to conduct seizures at the homes, offices and warehouses where it was expected that counterfeit test strips, and information about those test strips, would be found.

3.       Based on information uncovered in the *Champion Sales* action, Plaintiffs have filed two related actions in this Court to enjoin the manufacture, sale, and distribution of counterfeit OneTouch blood glucose test strips. Based on the expedited discovery and seizure orders granted by the Court, Plaintiffs quickly obtained critical information. Using this information, LifeScan identified hundreds of pharmacies located throughout the United States that had received the counterfeit test strips, and warned them not to sell the dangerous products. More than two thousand boxes of counterfeit test strips were recovered from pharmacies in more than 30 states.

4.       Plaintiffs now face a new wave of counterfeiting activity that is slightly different in nature. Diverters are counterfeiting the outer packaging, package inserts and vial labeling and replacing the genuine outer packaging, package inserts and vial labels. In doing so, the re-packagers have changed critical information that was contained on the genuine packaging.

5.       All of the counterfeit test strips found in connection with the *Champion Sales* action were packaged in counterfeit boxes designed to mimic the packaging that LifeScan uses outside of the United States. The counterfeits had packaging with multiple languages, such as Greek/English and French/English and otherwise did not resemble domestic packaging. In order to avoid counterfeits, many reputable merchants now only purchase product in domestic

2

packaging that is accompanied with a pedigree proving that the packages came directly from LifeScan. In this new case, the counterfeiters are mimicking domestic packaging and submitting false pedigrees. For example, Paul D. Squire, Associate General Counsel for Wellpoint, Inc. ("Wellpoint") provided to me documentation showing that Wellpoint had purchased counterfeits from defendants, South Pointe Wholesale, Inc. ("South Pointe") and QK Healthcare, Inc. ("QK") and that those companies had provided false pedigrees in order to induce Wellpoint to purchase the products. Mr. Squire told me that South Pointe had provided a written pedigree falsely attesting that it had purchased the test strips either directly from LifeScan or from LifeScan's authorized distributors, Cardinal, McKesson or Amerisource Bergen. He further stated to me that QK had provided an electronic pedigree that falsely claimed that QK had purchased the products directly from LifeScan.

<u>Background to this Lawsuit</u>

6.     As described in the Albiani Declaration, LifeScan maintains a customer service hotline as part of its ongoing efforts to monitor and preserve the OneTouch trademarks and the underlying quality they represent. In some instances, LifeScan requested and obtained vials that had been purchased by certain customers that had called customer service.

7.     The returned vials were examined by LifeScan, which determined that the vials containing the test strips had their original label removed and replaced with a counterfeit label that mimics the label on U.S. Retail packaging. While the product had originally been distributed by LifeScan solely to countries outside of the United States, the vials examined by LifeScan had labels associated with retail packaging distributed in the United States.

8.     As described more fully in the declaration of Ed Scanlon, Program Manager in the Packaging Engineering Department at LifeScan, there are numerous significant differences

between the printing on the labels and the carton retained by LifeScan and the labels and the carton returned by customers.

9.      Because LifeScan determined that customers had returned illegally repackaged OneTouch Ultra test strips, LifeScan reviewed its database of customer complaints and contacted customers to learn where the customers had purchased the counterfeit product.  Customers identified Giant Food, Tops Family Market, and Stop and Shop (which until the end of 2007 were all subsidiaries of AHold USA, Inc.) (collectively, the "AHold Pharmacies") and Precision RX, as the pharmacies from which they had purchased the repackaged test strips.

10.     So that it could work its way up the chain of distribution and learn the source of the counterfeit packaged test strips, Plaintiffs obtained documents from Wellpoint (the parent company to Precision RX) related to its purchases of test strips bearing lot numbers 2664435, 2726838 and 2645635.

11.     The Wellpoint documents show that Precision RX purchased hundreds of boxes of repackaged OneTouch Ultra test strips bearing lot number 2664435 from South Pointe. Wellpoint also told me that it had purchased lot number 2726838 from South Pointe. (Wellpoint documents relating to South Point purchases are attached as Exhibit 1).

12.     The Wellpoint documents also reveal that Precision RX had purchased repackaged OneTouch Ultra test strips bearing lot number 2645635 from QK (attached as Exhibit 2).

13.     Working its way up the chain of distribution, LifeScan received documents from QK which showed that it purchased the OneTouch Ultra test strips bearing lot number 2645635 from MC Distributors LLC ("MC Distributors"), which is a defendant in the *Champion Sales*

4

action because it was caught having sold over 1,000 boxes of counterfeit OneTouch test strips. (Attached as Exhibit 3 are Invoices from MC Distributors to QK.)

14.     Plaintiffs discovered that MC Distributors purchased approximately 7,000 boxes (in other words approximately 700,000 test strips) of the counterfeit repackaged test strips bearing lot number 2645635 from Rowan Tree 1123 CC ("Rowan Tree"), a South African company. (Attached as Exhibit 4 are invoices and shipping documents from Rowan Tree to MC Distributors.)

15.     MC Distributors' records also indicate that it purchased approximately 45,000 boxes, in other words over 4 million test strips, of purported U.S. retail packaged test strips from Rowan Tree from July through December 2006 for approximately $3 million.  (Attached as Exhibit 5 are banking records between Rowan Tree and MC Distributors.  Attached as Exhibit 6 are documents reflecting transactions between Rowan Tree and MC Distributors.)  The LifeScan test strips purchased by MC Distributors from the South African distributor are referred to as U.S. Retail in the invoices issued by Rowan Tree.  As described in the Declaration of Roy Albiani, LifeScan does not distribute U.S. Retail packaging outside the United States, and certainly not to South African distributors.  LifeScan, in fact, does not distribute any OneTouch Ultra test strips to South Africa.  In South Africa, LifeScan sells a different product, OneTouch Horizon.

16.     In addition, documents from MC Distributors reveal that from November and December 2006, MC Distributors sold to HealthSource Distributors LLC ("HealthSource") approximately 6,500 boxes of U.S. Retail packaged OneTouch Ultra test strips, which it had purchased from Rowan Tree.  (Attached as Exhibit 7 are invoices and shipping documents from Rowan Tree to MC Distributors and from MC Distributors to HealthSource.)

KL3 2648111.4

17.     LifeScan also obtained samples of products sold by the AHold pharmacies bearing lot numbers 2765355, 2762181, 2772542, 2757294, and 2771567.  As described in greater detail in the Declaration of Patricia Maguire, Manager of Product Assessment at LifeScan, LifeScan has examined these samples and concluded that they are contained in counterfeit packaging and labeling that share consistent characteristics distinguishing them from genuine LifeScan packaging and labeling.  AHold also provided LifeScan with samples of OneTouch Ultra test strips currently in its inventory which was received from HeathSource, including a box of OneTouch Ultra in purported U.S. Retail packaging bearing lot number 2762181.  LifeScan examined this sample and determined that they are contained in counterfeit packaging and labeling that share consistent characteristics distinguishing them from genuine LifeScan packaging and labeling.

18.     LifeScan also obtained documents from AHold USA, Inc. ("AHold") revealing that it purchased the counterfeit packaged test strips obtained from AHold pharmacies bearing lot numbers 2765355, 2762181, 2772542, 2757294, and 2771567 from HealthSource.  (Attached as Exhibit 8 are invoices from HealthSource to AHold.)  AHold has purchased more than 9,500 boxes of counterfeit packaged test strips bearing those lot numbers from December 20, 2007 through February 29, 2008.

Annexed Documents

19.     Including the documents discussed above, the documentary evidence I submit for the Court's consideration includes the following:

| Exhibit | Document |
|---------|----------|
| 1 | Wellpoint documents relating to South Pointe Purchases |
| 2 | Wellpoint documents |
| 3 | Invoices from MC Distributors to Quality King |

6

KL3 2648111.4

| | |
|---|---|
| 4 | Invoices and shipping documents from Rowan Tree to MC Distributors |
| 5 | Banking records between Rowan Tree and MC Distributors |
| 6 | Documents reflecting transactions between Rowan Tree and MC Distributors |
| 7 | Invoices and shipping documents from Rowan Tree to MC Distributors and for MC Distributors to HealthSource |
| 8 | Invoices from HealthSource to AHold |
| 9 | Rowan Tree Wire Transfer Records |
| 10 | Documents tracing the sale of counterfeit packaged OneTouch Retail test strips from Rowan Tree to Wellpoint with MC Distributors and Quality King |
| 11 | Email's between Rowan Tree and MC Distributors revealing the close relationship between the two entities |
| 12 | My letter to the United States Attorney which included, as required by statute, a full copy of this application |

20.     Plaintiffs have not publicized the requested seizure and have taken measures to prevent any of the defendants from learning of Plaintiffs' investigation.

21.     Based on the above-referenced facts, and for the reasons set forth in the accompanying memorandum of law and summarized in the proposed seizure order, and as was contemplated by Congress when it enacted the counterfeiting provisions of the Trademark Act, Plaintiffs have reason to believe that if defendants are put on notice of this action, there is a high likelihood that they will make it difficult if not impossible for Plaintiffs to obtain the evidence they need to uncover and prosecute this unlawful scheme and to identify other parties who may be involved.

KL3 2648111.4

22.     No previous application for the relief sought herein or any similar form of relief

has been made as against the named defendants in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2008

_____
Geoffrey Potter

KL3 2648111.4

# Pedigree

**From:**

HEALTHSOURCE DISTRIBUTORS  LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1113
Fax: 410-415-7004

| Reference #: | V37456980 |
|---|---|
| Invoice #: | 00667 |
| Ship Date: | 01/14/2008 |
| Ship Via: | OWN TRUCK |
| Terms: | REC OF GOODS |
| Your Purchase Order #: | 10477758 |

# HealthSource
## DISTRIBUTORS, LLC

**Shipped To:**

AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244

DEA #: PG0149650

| NDC | Description | Qty | Lot # | Exp. Date |
|---|---|---|---|---|
| | STATEMENT IDENTIFYING PRIOR SALES OF PRESCRIPTION DRUGS REQUIRED BY THE PRESCRIPTION DRUG MARKETING ACT. | | | |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 211 | | / |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 1,150 | 2765355 | 03/09 |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | 20 | 0609 | / |
| 53885 020801 | ONE TOUCH ULTRA MINI KIT | 12 | 0509 | / |
| 53885 024450 | ONE TOUCH ULTRA STR    50 | 26 | 0409 | / |
| 53885 024450 | ONE TOUCH ULTRA STR    50 | 180 | 2767939 | 04/09 |
| 53885 024450 | ONE TOUCH ULTRA STR    50 | 106 | 2767939 | 04/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT  1 | 16 | 0509 | / |
| | **ROCHE DIAGNOSTICS** | | | |
| 50924 086001 | ACCU-CHEK ADVANTAGE DIABE KIT | 16 | 121601 | 07/11 |
| 65702 010310 | ACCU-CHEK AVIVA STR  50 | 36 | 300857 | 02/09 |
| 65702 010110 | ACCU-CHEK AVIVA CARE KIT | 18 | 121641A | 09/08 |

Page    3

AHOLD 00104
CONFIDENTIAL

**Invoice**

**From:**

HEALTHSOURCE DISTRIBUTORS, LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1113
Fax: 410-415-7004

**Sold To:**

AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244
Phone: 301-341-4406
Fax: 301-618-4046

| Reference #: | V49769546 |
|---|---|
| Invoice #: | 00658 |
| Ship Date: | 01/07/2008 |
| Ship Via: | OWN TRUCK |
| Terms: | N15 |
| Your Purchase Order #: | 10477632 |

# HealthSource
## DISTRIBUTORS, LLC

| NDC | Description | Qty | Sales Price | Extension | Lot # | Exp. Date |
|---|---|---|---|---|---|---|
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 12 | $81.78 | $981.36 | 2762126 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 48 | $81.78 | $3,925.44 | 2780256 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 12 | $81.78 | $981.36 | 2760125 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 12 | $81.78 | $981.36 | 2762281 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 12 | $81.78 | $981.36 | 2760127 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 24 | $81.78 | $1,962.72 | 2760127 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 72 | $81.78 | $5,888.16 | 2764185 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 12 | $81.78 | $981.36 | 2759345 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 36 | $81.78 | $2,944.08 | 2760145 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 144 | $81.78 | $11,776.32 | 2760145 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 761 | $81.78 | $62,234.58 | 2765355 | 03/09 |
| 53885 052401 | ONE TOUCH ULTRA SMART | 8 | $57.90 | $463.20 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 48 | $41.01 | $1,968.48 | 2769292 | 04/09 |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 384 | $41.01 | $15,747.84 | 2767939 | 04/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT 1 | 12 | $53.08 | $636.96 | 0509 | / |

## ROCHE DIAGNOSTICS

| NDC | Description | Qty | Sales Price | Extension | Lot # | Exp. Date |
|---|---|---|---|---|---|---|
| 50924 086001 | ACCU-CHEK ADVANTAGE DIABE KIT | 8 | $52.25 | $418.00 | 121601 | 07/11 |
| 65702 010310 | ACCU-CHEK AVIVA STR 50 | 108 | $32.50 | $3,510.00 | 300857 | 02/09 |
| 65702 010410 | ACCU-CHEK AVIVA STRIPS 100 | 288 | $71.50 | $20,592.00 | 300869 | 03/09 |
| 50924 038110 | ACCU-CHEK COMFORT CURVE T STR | 41 | $80.51 | $3,300.91 | 0209 | / |
| 50924 038110 | ACCU-CHEK COMFORT CURVE T STR | 6 | $80.51 | $483.06 | 0109 | / |
| 50924 037350 | ACCU-CHEK COMFORT CURVE T STR | 144 | $41.71 | $6,006.24 | 0409 | / |
| 50924 098850 | ACCU-CHEK COMPACT DRUM 51 | 6 | $35.75 | $214.50 | 1108 | / |
| 50924 098850 | ACCU-CHEK COMPACT DRUM 51 | 6 | $35.75 | $214.50 | 1208 | / |
| 50924 098850 | ACCU-CHEK COMPACT DRUM 51 | 81 | $35.75 | $2,895.75 | 20674041 | 03/09 |
| 50924 098850 | ACCU-CHEK COMPACT DRUM 51 | 51 | $35.75 | $1,823.25 | 20674041 | 03/09 |
| 50924 088401 | ACCU-CHEK COMPACT DRUMS 102 | 264 | $73.50 | $19,404.00 | 20667441 | 09/08 |
| 50924 088401 | ACCU-CHEK COMPACT DRUMS 102 | 48 | $73.50 | $3,528.00 | 20661441 | 10/08 |
| 05924 045001 | ACCU-CHEK MULTICLIX LANCE 102 | 96 | $9.50 | $912.00 | WPO70074 | 10/11 |
| 50924 097110 | ACCU-CHEK SOFTCLIX LANCET MIS | 288 | $8.49 | $2,445.12 | 0745611 | 06/12 |

AHOLD 00110
CONFIDENTIAL

# Pedigree

**From:**
HEALTHSOURCE DISTRIBUTORS LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1113
Fax: 410-415-7004

| Reference #: | V49769546 |
| Invoice #: | 00658 |
| Ship Date: | 01/07/2008 |
| Ship Via: | OWN TRUCK |
| Terms: | NET 15 |

Your Purchase Order #: 10477632



**Shipped To:**
AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244

DEA #: PG0149650

| NDC | Description | Qty | Lot # | Exp. Date |
|---|---|---|---|---|
| | STATEMENT IDENTIFYING PRIOR SALES OF PRESCRIPTION DRUGS REQUIRED BY THE PRESCRIPTION DRUG MARKETING ACT. | | | |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 72 | 2764185 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 12 | 2759345 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 36 | 2760145 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 144 | 2760145 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR  100S | 761 | 2765355 | 03/09 |
| 53885 052401 | ONE TOUCH ULTRA SMART | 8 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR    50 | 48 | 2769292 | 04/09 |
| 53885 024450 | ONE TOUCH ULTRA STR    50 | 384 | 2767939 | 04/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT  1 | 12 | 0509 | / |
| **ROCHE DIAGNOSTICS** | | | | |
| 50924 086001 | ACCU-CHEK ADVANTAGE DIABE KIT | 8 | 121601 | 07/11 |
| 65702 010310 | ACCU-CHEK AVIVA STR  50 | 108 | 300857 | 02/09 |

Page    4

AHOLD 00114
CONFIDENTIAL

# Invoice

**From:**
HEALTHSOURCE DISTRIBUTORS LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1313
Fax: 410-415-7004



| Reference #: | V39638364 |
|---|---|
| Invoice #: | 00847 |
| Ship Date: | 12/20/2007 |
| Ship Via: | OWN TRUCK |
| Terms: | ROG |
| Your Purchase Order #: | 10477459 |

57459

**Sold To:**
AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244
Phone: 301-341-4406
Fax: 301-616-4046

# HealthSource
### DISTRIBUTORS, LLC

| NDC | Description | | Qty | Sales Price | Extension | Lot # | Exp. Date |
|---|---|---|---|---|---|---|---|
| **ABBOTT DIABETES CARE** | | | | | | | |
| 99073 070822 | FREESTYLE LITE TEST STRIP | 50 | 12 | $46.68 | $560.16 | 0509 | / |
| 99907 012101 | FREESTYLE TEST STR | 100 | 22 | $78.51 | $1,727.22 | 0708 | / |
| 99907 012101 | FREESTYLE TEST STR | 100 | 20 | $78.51 | $1,570.20 | 0609 | / |
| **BAYER DIAGNOSTIC** | | | | | | | |
| 00193 146621 | ASCENSIA BREEZE 2 | 100 | 32 | $74.88 | $2,396.16 | 1A5048AA | 08/08 |
| 00193 146550 | ASCENSIA BREEZE 2 | 50 | 24 | $40.80 | $979.20 | 1A5196AA | 04/09 |
| 00193 654621 | MICROLET LANCETS | 100s | 24 | $7.75 | $186.00 | L2080 | 04/12 |
| **LIFESCAN INC** | | | | | | | |
| 53885 039310 | LANCET ONE TOUCH ULTRA SO STR | | 360 | $6.79 | $2,444.40 | | |
| 53885 019050 | ONE TOUCH TEST STRIPS STR | 50s | 24 | $42.94 | $1,030.56 | 2736761 | 11/08 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST | 100s | 16 | $83.96 | $1,343.36 | 2762904 | 03/09 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST | 100s | 36 | $83.96 | $3,022.56 | | 03/09 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST | 100s | 32 | $83.96 | $2,686.72 | 2762904 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR | 100s | 72 | $81.78 | $5,888.16 | 2747617 | 01/09 |
| 53885 024510 | ONE TOUCH ULTRA STR | 100S | 1,608 | $81.78 | $131,502.24 | 2757294 | 02/09 |
| 53885 044301 | ONE TOUCH ULTRA 2 KIT | | 4 | $53.08 | $212.32 | 0809 | / / |
| 53885 044301 | ONE TOUCH ULTRA 2 KIT | | 12 | $53.08 | $636.96 | 0509 | / |
| 53885 020901 | ONE TOUCH ULTRA MINI KIT | | 8 | $14.48 | $115.84 | 0509 | / |
| 53885 052401 | ONE TOUCH ULTRA SMART | | 4 | $57.90 | $231.60 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR | 50 | 58 | $41.01 | $2,378.58 | 2758915 | 02/09 |
| 53885 024450 | ONE TOUCH ULTRA STR | 50 | 326 | $41.01 | $13,369.26 | 2752465 | 05/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT | 1 | 20 | $53.08 | $1,061.60 | 0509 | / |
| **ROCHE DIAGNOSTICS** | | | | | | | |
| 50924 047550 | ACCU-CHEK ACTIVE STR | 50 | 69 | $23.04 | $1,589.76 | 1108 | / |
| 65702 010310 | ACCU-CHEK AVIVA STR | 50 | 19 | $32.50 | $617.50 | 300819 | 02/09 |
| 65702 010310 | ACCU-CHEK AVIVA STR | 50 | 53 | $32.50 | $1,722.50 | 300857 | 02/09 |
| 65702 010310 | ACCU-CHEK AVIVA CARE KIT | | 12 | $34.80 | $417.60 | 121855 | 09/08 |
| 65702 010310 | ACCU-CHEK AVIVA CARE KIT | | 4 | $34.80 | $139.20 | 121841A | 09/08 |

Page   1

AHOLD 00126
CONFIDENTIAL

# Pedigree

**From:**
HEALTHSOURCE DISTRIBUTORS LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1113
Fax: 410-415-7004

| | |
|---|---|
| Reference #: | V39538364 |
| Invoice #: | 00647 |
| Ship Date: | 12/29/2007 |
| Ship Via: | OWN TRUCK |
| Terms: | REC OF GOODS |

Your Purchase Order #: 10477459

**Shipped To:**
AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244

DEA #: PS9148650

# HealthSource
## DISTRIBUTORS, LLC

| NDC | Description | Qty | Lot # | Exp. Date |
|---|---|---|---|---|
| | STATEMENT IDENTIFYING PRIOR SALES OF PRESCRIPTION DRUGS REQUIRED BY THE PRESCRIPTION DRUG MARKETING ACT. | | | |
| 53885 037410 | ONE TOUCH TEST STRIPS TST 100s | 32 | 2762904 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 72 | 2747617 | 01/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 1,608 | 2757294 | 02/09 |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | 4 | 0609 | / |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | 12 | 0509 | / |
| 53885 020801 | ONE TOUCH ULTRA MINI KIT | 8 | 0509 | / |
| 53885 052401 | ONE TOUCH ULTRA SMART | 4 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 58 | 2758915 | 02/09 |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 326 | 2762165 | 03/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT 1 | 20 | 0509 | / |
| **ROCHE DIAGNOSTICS** | | | | |
| 50924 047550 | ACCU-CHEK ACTIVE STR 50 | 69 | 1108 | / |

Page 2

AHOLD 00129
CONFIDENTIAL

# Invoice

**From:**
HEALTHSOURCE DISTRIBUTORS LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-653-1113
Fax: 410-415-7004

**Sold To:**
AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244
Phone: 301-341-4405
Fax: 301-519-4046

| Reference #: | V39638964 |
| Invoice #: | 00847 |
| Ship Date: | 12/20/2007 |
| Ship Via: | OWN TRUCK |
| Terms: | ROG |
| Your Purchase Order #: | 10477459 |



# HealthSource
## DISTRIBUTORS, LLC

| NDC | Description | | Qty | Sales Price | Extension | Lot #. | Exp. Date. |
|---|---|---|---|---|---|---|---|
| **ABBOTT DIABETES CARE** | | | | | | | |
| 99073 070822 | FREESTYLE LITE TEST STRIP | 50 | 12 | $46.68 | $560.16 | 0509 | / |
| 99907 012101 | FREESTYLE TEST STR 100 | | 22 | $78.51 | $1,727.22 | 0709 | / |
| 99907 012101 | FREESTYLE TEST STR 100 | | 20 | $78.51 | $1,570.20 | 0809 | / |
| **BAYER DIAGNOSTIC** | | | | | | | |
| 00193 145621 | ASCENSIA BREEZE 2 100 | | 32 | $74.88 | $2,396.16 | 1A5046AA | 08/08 |
| 00193 146550 | ASCENSIA BREEZE 2 50 | | 24 | $40.80 | $979.20 | 1A5196AA | 04/09 |
| 00193 654621 | MICROLET LANCETS 100s | | 24 | $7.75 | $186.00 | L2099 | 04/12 |
| **LIFESCAN INC** | | | | | | | |
| 53885 039310 | LANCET ONE TOUCH ULTRA SO STR | | 360 | $6.79 | $2,444.40 | | / |
| 53885 019650 | ONE TOUCH TEST STRIPS STR 50s | | 24 | $42.94 | $1,030.56 | 2736761 | 11/08 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST 100s | | 16 | $83.96 | $1,343.36 | 2762904 | 03/09 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST 100s | | 36 | $83.96 | $3,022.56 | | 03/09 |
| 53885 037410 | ONE TOUCH TEST STRIPS TST 100s | | 32 | $83.96 | $2,686.72 | 2762904 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100s | | 72 | $81.78 | $5,888.16 | 2747617 | 02/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | | 1,608 | $81.78 | $131,502.24 | 2752294 | 02/09 |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | | 4 | $53.08 | $212.32 | 0609 | / |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | | 12 | $53.08 | $636.96 | 0509 | / |
| 53885 020601 | ONE TOUCH ULTRA MINI KIT | | 8 | $14.48 | $115.84 | 0509 | / |
| 53885 052401 | ONE TOUCH ULTRA SMART | | 4 | $57.90 | $231.60 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | | 58 | $41.01 | $2,378.58 | 2758915 | 02/09 |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | | 326 | $41.01 | $13,369.26 | 2762155 | 03/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT 1 | | 20 | $53.08 | $1,061.60 | 0509 | / |
| **ROCHE DIAGNOSTICS** | | | | | | | |
| 50924 847550 | ACCU-CHEK ACTIVE STR 50 | | 69 | $23.04 | $1,589.76 | 1108 | / |
| 65702 010310 | ACCU-CHEK AVIVA STR 50 | | 19 | $32.50 | $617.50 | 300619 | 02/09 |
| 65702 010310 | ACCU-CHEK AVIVA STR 50 | | 53 | $32.50 | $1,722.50 | 300857 | 02/09 |
| 65702 010310 | ACCU-CHEK AVIVA CARE KIT | | 12 | $34.80 | $417.60 | 121655 | 09/08 |
| 65702 010310 | ACCU-CHEK AVIVA CARE KIT | | 4 | $34.80 | $139.20 | 121641A | 09/08 |

Page   1

AHOLD 00156
CONFIDENTIAL

# Pedigree

**From:**
HEALTHSOURCE DISTRIBUTORS, LLC
1133 GREENWOOD RD, UNIT F
BALTIMORE, MD 21208
Phone: 410-655-1113
Fax: 410-415-7004

**Shipped To:**
AMERICAN SALES COMPANY INC
7110 AMBASSADOR ROAD
BALTIMORE, MD 21244

DEA #: PG8149650

| Reference #: | V39638354 |
|---|---|
| Invoice #: | 00847 |
| Ship Date: | 12/28/2007 |
| Ship Via: | OWN TRUCK |
| Terms: | REC OF GOODS |
| Your Purchase Order #: | 10477459 |

# HealthSource
## DISTRIBUTORS, LLC

| NDC | Description | Qty | Lot # | Exp. Date |
|---|---|---|---|---|
| | STATEMENT IDENTIFYING PRIOR SALES OF PRESCRIPTION DRUGS REQUIRED BY THE PRESCRIPTION DRUG MARKETING ACT. | | | |
| 53885 037410 | ONE TOUCH TEST STRIPS TST 100s | 32 | 2762904 | 03/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 72 | 2747617 | 01/09 |
| 53885 024510 | ONE TOUCH ULTRA STR 100S | 1,808 | 2757294 | 02/09 |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | 4 | 0609 | / |
| 53885 044801 | ONE TOUCH ULTRA 2 KIT | 12 | 0509 | / |
| 53885 020801 | ONE TOUCH ULTRA MINI KIT | 8 | 0509 | / |
| 53885 052401 | ONE TOUCH ULTRA SMART | 4 | 0609 | / |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 58 | 2758915 | 02/09 |
| 53885 024450 | ONE TOUCH ULTRA STR 50 | 326 | 2762165 | 03/09 |
| 53885 024701 | ONE TOUCH ULTRA SYSTEM KIT 1 | 20 | 0509 | / |

## ROCHE DIAGNOSTICS

| NDC | Description | Qty | Lot # | Exp. Date |
|---|---|---|---|---|
| 50924 047550 | ACCU-CHEK ACTIVE STR 50 | 69 | 1108 | / |

Page 2

AHOLD 00159
CONFIDENTIAL

Case 1:08-cv-01297-MKB-SMG   Document 25   Filed 04/02/08   Page 28 of 100 PageID #: 53

**Run Date:** 21-Feb-07                    **Transaction Detail Report**                                    Page: 1
**Run Time:** 11:04 AM                                                                          User Name: TRAIL

**BNK:** CNB      **SND DATE:** 051114              **VAL:** 051114           **TRN:** 051114-001542
**AMT:** $74,520.00                                 **CUR:** USD             **FOR AMT:** 74,520.00
**SRC:** CMS      **ADV:** FED       **TYP:** FTR   **LOC:** MTRANS          **CHECK NUM:**

| | |
|---|---|
| **DBT:** D/230017972 | **CDT:** A/026005092 |
| **ACC:** D/230017972          **ON FILE:** Y | **ACC:** G/09811201000          **ON FILE:** Y |
| **DEPT:** 230                 **CTRY:** | **DEPT:** 098                  **CTRY:** |
| NOVEXAMERICA, INC | WACHOVIA NEW YORK INTL |
| DBA NOVEX INTERNATIONAL | NEW YORK |
| PO BOX 669 | NEW YORK |
| JULIAN CA 92036 | |
| | **INTER BK:** S/ABSAZAJJCPT |
| **SEND:** | ABSA BANK LIMITED |
| **SNDR REF NUM:** 1026825 | |
| | **BNF BNK:** |
| | ABSA BANK LIMITED |
| | |
| | **BNF BNK:** /164962          **BK:** N |
| | ROWAN TREE 1123 CC |
| | 15 MARAUDER STREET |
| | PIERRE VAN RYNEVELDL, RSA |
| | |
| | **ORIG TO BNF INFO:** |
| | ROWEN TREE INVOICE NCX-14-10-(S)(A) |
| | . NOVEX N1-1R3.  2,760 SURESTEP 50 |
| | RETAIL $27.00 CIF MIAMI AIRPORT. |
| | EXPIRY 11-2006. |

**Run Date:** 21-Feb-07          **Transaction Detail Report**                                    **Page:** 1
**Run Time:** 11:04 AM                                                                   **User Name:** TRAIL

**BNK:** CNB      **SND DATE:** 051123         **VAL:** 051123          **TRN:** 051123-001188
**AMT:** $374,250.00                            **CUR:** USD            **FOR AMT:** 374,250.00
**SRC:** CMS      **ADV:** FED      **TYP:** FTR   **LOC:** MTRANS      **CHECK NUM:**

---

**DBT:** D/230017972                                    **CDT:** A/026005092
**ACC:** D/230017972              **ON FILE:** Y        **ACC:** G/09811201000            **ON FILE:** Y
**DEPT:** 230                     **CTRY:**             **DEPT:** 098                      **CTRY:**
NOVEXAMERICA, INC                                      WACHOVIA NEW YORK INTL
DBA NOVEX INTERNATIONAL                                NEW YORK
PO BOX 669                                             NEW YORK
JULIAN CA 92036
                                                       **BNF BNK:** S/ABSAZAJJCPT
**SEND:**                                              ABSA BANK LIMITED
**SNDR REF NUM:** 1034741
                                                       **BNF BNK:** /164962                **BK:** N
**BANK TO BANK INFO:**                                 ROWAN TREE 1123 CC
/ACC/ PRETORIA NORTH BRANCH,                           15 MARAUDER STREET
RACHEL DE BEER & EMILY HOBHOUSE RDS                    PIERRE VAN RYNEVELDL, RSA
PRETORIA NORTH, 0182
                                                       **ORIG TO BNF INFO:**
                                                       ROWEN TREE PF-NCX-11-21-(U). NOVEX
                                                       N1-2R3. 11,976 ULTRA 50 RETAIL $3
                                                       1.25 CIF MIAMI. EXPIRY 02-2007.

**Run Date:** 21-Feb-07  
**Run Time:** 11:05 AM  

**Transaction Detail Report**

**Page:** 1  
**User Name:** TRAIL

---

**BNK:** CNB   **SND DATE:** 051129   **VAL:** 051129   **TRN:** 051129-004374  
**AMT:** $262,500.00   **CUR:** USD   **FOR AMT:** 262,500.00  
**SRC:** CMS   **ADV:** FED   **TYP:** FTR   **LOC:** MTRANS   **CHECK NUM:**

---

**DBT:** D/230017972  
**ACC:** D/230017972   **ON FILE:** Y  
**DEPT:** 230   **CTRY:**  
NOVEXAMERICA, INC  
DBA NOVEX INTERNATIONAL  
PO BOX 669  
JULIAN CA 92036  

**SEND:**  
**SNDR REF NUM:** 1037706  

**BANK TO BANK INFO:**  
/ACC/PRETORIA NORTH BRANCH RACHEL  
DE BEER & EMILY HOBHOUSE RDS  

**CDT:** A/026005092  
**ACC:** G/09811201000   **ON FILE:** Y  
**DEPT:** 098   **CTRY:**  
WACHOVIA NEW YORK INTL  
NEW YORK  
NEW YORK  

**BNF BNK:** S/ABSAZAJJCPT  
ABSA BANK LIMITED  

**BNF BNK:** /164962   **BK:** N  
ROWAN TREE 1123 CC  
15 MARAUDER STREET  
PIERRE VAN RYNEVELDL,  RSA  

**ORIG TO BNF INFO:**  
ROWAN TREE INVOICE NCX-11-29-(U).  
NOVEX N1-3R3.  8,400 ULTRA $31.25 C  
IF MIAMI.

**Run Date:** 21-Feb-07                    <u>**Transaction Detail Report**</u>                    **Page:** 1
**Run Time:** 11:09 AM                                                                          **User Name:** TRAIL

**BNK:** CNB     **SND DATE:** 051213          **VAL:** 051213          **TRN:** 051213-004092
**AMT:** $369,750.00                          **CUR:** USD             **FOR AMT:** 369,750.00
**SRC:** CMS     **ADV:** FED     **TYP:** FTR  **LOC:** MTRANS         **CHECK NUM:**

---

**DBT:** D/230017972                                          **CDT:** A/026005092
**ACC:** D/230017972                        **ON FILE:** Y    **ACC:** G/09811201000                    **ON FILE:** Y
**DEPT:** 230                               **CTRY:**         **DEPT:** 098                              **CTRY:**
NOVEXAMERICA, INC                                            WACHOVIA NEW YORK INTL
DBA NOVEX INTERNATIONAL                                      NEW YORK
PO BOX 669                                                   NEW YORK
JULIAN CA 92036
                                                            **BNF BNK:** S/ABSAZAJJCPT
**SEND:**                                                    ABSA BANK LIMITED
**SNDR REF NUM:** 1048417
                                                            **BNF BNK:** /164962                       **BK:** N
**BANK TO BANK INFO:**                                       ROWAN TREE 1123 CC
/ACC/ PRETORIA NORTH BRANCH,                                 15 MARAUDER STREET
RACHEL DE BEER & EMILY HOBHOUSE RDS                          PIERRE VAN RYNEVELDL, RSA
PRETORIA NORTH, 0182
                                                            **ORIG TO BNF INFO:**
                                                            INVOICE NCX-12-08-(U).  NOVEX N1-4R
                                                            3.  11,832 ULTRA 50 RETAIL $31.25 C
                                                            IF MIAMI.  EXPIRY 03-2007.

Rowan Tree to MC Distributors chain (Lot # 2645635)

**MC Distributors LLC**
**6531 Park of Commerce Blvd.**
**Suite 150**
**Boca Raton FL   33487-8297**





| | |
|---|---|
| PO03360 | |
| 9/15/2006 | |

**Vendor:**

Rowan Tree 1123 CC
15 Marauder Street
Pierre Van Ryneveld 0157 Centurion

**Ship To:**

MC Distributors LLC
6531 Park of Commerce Blvd.
Suite 150
Boca Raton FL   33487-8297

^ Changed Since the Previous Revision

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | |
| 1 | DIAUSR5388524510 | One Touch Ultra 100's J&J - US Retail | 9/15/2006 | EACH | 3,000 | $65.00 | $195,000.00 |

PRE PAID
W OO S635

CONFIDENTIAL

| |
|---|
| $195,000.00 |
| $0.00 |
| $0.00 |
| $0.00 |
| $195,000.00 |

PO is valid up to 20 days, unless stated in PO.  Goods must be in
original packages and case packs.  No stickers, labels or evidence
of such removed accepted. Product must be compliant with all FDA
regulations.  Minimun expiration date 14 months, unless stated on PO
Incorrect or defective product, including damages will be
shipped at vendor's expense.

Authorized Signature

MCD 012773

# ROWAN TREE 1123 cc

15 Marauder Street, Pierre van Ryneveld, 0157
P O Box 60618, Pierre van Ryneveld, 0045
Tel : +27.12.662 0015 ; Fax : +27.12.662 1781 ; Cell : +27.82 352 5676
E-mail : rowantree@lantic.net

## COMMERCIAL INVOICE

MC Distributors LLC
6531 Park of Commerce Blvd
Suite 150
Boca Raton, Fl. 33487

Date : 15 September 2006
Invoice nr : MCD-09-15-(U)

| Description of goods | Pack size | Qty boxes | Price/box (US$) | Total (US$) |
|---|---|---|---|---|
| Glucose Test strips | 100's | 3 000 | 65.00 | 195 000.00 |
| | | | Total : | 195 000.00 |

NOTES :

1.  Price is FOB, Cape Town.

2.  Payment due prior to shipment ex Cape Town.

3.  Bank Details :
    Bank name :        Absa Bank
    Branch name :      Pretoria North
    Bank address :     North Park Building, Corner of Rachel de Beer
                       & Emily Hobhouse Roads, Pretoria North, 0182
    Bank officer :     Mrs Elize Liebenberg
    Bank tel no :      +27.12.521 8600 / Direct +27.12 521 8646
    Account name :     Rowan Tree 1123 cc
    Account number :   164962
    SWIFT code :       ABSAZAJJCPT

*CONFIDENTIAL*

VAT NO : 4400219509

MCD 012774

MCD012774



CONFIDENTIAL

mann Warehouse - Lot Number Sheet

Company: Cape town

Date: 9-26-06

| UPC | Description | Lot # | Expiration date | Count | Total |
|-----|-------------|-------|-----------------|-------|-------|
|  | Ultra 100Met | F-214535 | 1-08 |  | 300 0 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Invoice #

MCD 012775

MCD012775

# ROWAN TREE 1123 cc

15 Marauder Street, Pierre van Ryneveld, 0157
P O Box 60618, Pierre van Ryneveld, 0045
Tel : +27.12.662 0015 Fax : +27.12.662 1781 Cell : +27.82 352 5676
E-mail: rowantree@lantic.net

## COMMERCIAL INVOICE

MC Distributors LLC
6531 Park of Commerce Blvd
Suite 150
Boca Raton, Fl. 33487

Date : 15 September 2006
Invoice nr : MCD-09-15-(B)

| Description of goods | Pack size | Qty boxes | Price/box (US$) | Total (US$) |
|---|---|---|---|---|
| One Touch 100's | 100's | 156 | 57.50 | 8970.00 |
| | | | Total : | 8970.00 |

## NOTES

1.  Price is FOB, Cape Town.

2.  Payment due prior to shipment ex Cape Town.

3.  Bank Details

    | | |
    |---|---|
    | Bank name | **Absa Bank** |
    | Branch name | **Pretoria North** |
    | Bank address | **North Park Building, Corner of Rachel de Beer & Emily Hobhouse Roads, Pretoria North,** |
    | Bank officer | **Mrs Elize Liebenberg** |
    | Bank tel no | **+27.12.521 8600 / Direct +27.12 521 8646** |
    | Account name | **Rowan Tree 1123 cc** |
    | Account number | **164962** |
    | SWIFT code | **ABSAZAJJCPT** |

CONFIDENTIAL

VAT NO: 44oo2195o9

MCD 012799

MCD012799

Rowan Tree to MC Distributors chain (Lot # 2645635)

**MC Distributors LLC**
6531 Park of Commerce Blvd.
Suite 150
Boca Raton FL   33487-8297



| | PO03308 |
| --- | --- |
| | 8/5/2006 |

**Vendor:**

Rowan Tree 1123 CC
15 Marauder Street
Pierre Van Ryneveld 0157 Centurion

**Ship To:**

MC Distributors LLC
6531 Park of Commerce Blvd.
Suite 150
Boca Raton FL   33487-8297

^ Changed Since the Previous Revision

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 1 | |
| 1 | DIAUSR5388524510 | One Touch Ultra 100's J&J - US Retail | 9/5/2006 | EACH | 7,560 | $65.00 | $491,400.00 |

PRE PAID ✓
W 5260

CONFIDENTIAL

PO is valid up to 20 days, unless stated in PO.  Goods must be in original packages and case packs.  No stickers, labels or evidence of such removed accepted. Product must be compliant with all FDA regulations.  Minimum expiration date 14 months, unless stated on PO Incorrect or defective product, including damages will be shipped at vendor's expense.

| | |
| --- | --- |
| | $491,400.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $491,400.00 |

Authorized Signature

MCD 012776

MCD012776

# ROWAN TREE 1123 cc

15 Marauder Street, Pierre van Ryneveld, 0157
P O Box 60618, Pierre van Ryneveld, 0045
Tel : +27.12.662 0015 ; Fax : +27.12.662 1781 ; Cell : +27.82 352 5676
E-mail : rowantree@lantic.net

## COMMERCIAL INVOICE

MC Distributors LLC
6531 Park of Commerce Blvd
Suite 150
Boca Raton, Fl. 33487

Date : 4 September 2006
Invoice nr : MCD-09-04-(Q)

| Description of goods | Pack size | Qty boxes | Price/box (US$) | Total (US$) |
|---|---|---|---|---|
| Glucose Test strips | 100's | 7 560 | 65.00 | 491 400.00 |
| | | | Total : | 491 400.00 |

20>6090500005 2(9)

**NOTES :**

1.     Price is FOB, Cape Town.

2.     Payment due prior to shipment ex Cape Town.

3.     Bank Details :
       Bank name :           **Absa Bank**
       Branch name :         **Pretoria North**
       Bank address :        **North Park Building, Corner of Rachel de Beer**
                             **& Emily Hobhouse Roads, Pretoria North, 0182**
       Bank officer :        **Mrs Elize Liebenberg**
       Bank tel no :         **+27.12.521 8600 / Direct +27.12 521 8646**
       Account name :        **Rowan Tree 1123 cc**
       Account number :      **164962**
       SWIFT code :          **ABSAZAJJCPT**

*CONFIDENTIAL*

VAT NO : 4400219509

MCD 012777

MCD012777

305-787-6079

# ROWAN TREE 1123 cc

15 Marauder Street, Pierre van Ryneveld, 0157
P 0 Box 60618, Pierre van Ryneveld, 0045
Tel : +27.12.662 0015 Fax : +27.12.662 1781 Cell : +27.82 352 5676
E-mail: rowantree(a'lantic.net

## COMMERCIAL INVOICE

MC Distributors LLC
6531 Park of Commerce Blvd
Suite 150
Boca Raton, Fl. 33487

Date : 4 September 2006
Invoice nr : MCD-09-04-(Q)

| Description of goods | Pack size | Qty boxes | Price/box (US$) | Total (US$) |
|---|---|---|---|---|
| One Touch Ultra | 100's | 7 560 | 65.00 | 491 400.00 |
| | | | Total : | 491 400.00 |

**NOTES**

1. Price is FOB, Cape Town.

2. Payment due prior to shipment ex Cape Town.

3. Bank Details

CONFIDENTIAL

| | |
|---|---|
| Bank name | **Absa Bank** |
| Branch name | **Pretoria North** |
| Bank address | **North Park Building, Corner of Rachel de Beer & Emily Hobhouse Roads, Pretoria North,** |
| Bank officer | **Mrs Elize Liebenberg** |
| Bank tel no | **+27.12.521 8600 / Direct +27.12 521 8646** |
| Account name | **Rowan Tree 1123 cc** |
| Account number | **164962** |
| SWIFT code | **ABSAZAJJCPT** |

VAT NO : 4400219509

MCD 012778

MCD012778

**Warehouse - Lot Number Sheet**

Company:

Invoice #

Date: 7-18-06

| UPC | Description | Lot # | Expiration date | Count | Total |
|-----|-------------|-------|-----------------|-------|-------|
| | Ultra 100 Met | F-243680 | 1-08 | 3900 | 7559 |
| | | F-244632 | 1-03 | 3648 | 1-2 |
| | | F-244632 | 1-03 | | |

CONFIDENTIAL

MCD 012779



MC Distributors to Quality King chain (Lot # 2645635)

**MC Distributors LLC**
8531 Park of Commerce Blvd.
Suite 150
Boca Raton FL   33487-8297

| | |
|---|---|
| | IVC06878 |
| | 9/18/2006 |
| | 1 |

**Bill To:**

Quality King Healthcare
631-439-2133

**Ship To:**

Quality King Healthcare
631-737-5555
2060 Ninth Ave
Ronkonkoma NY   11779

| 72933 | | QUA001 | | CHI001 | | BAX GLOBAL | | ROG | | 9/18/2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,600 | 3,600 | 0 | DIAUSR5388524510 | | | One Touch Ultra 100's J&J - US Retail | | | | | $72.50 | $261,000.00 |

CO: 07 05164 01532 2669334-6 106/09/27

MC DISTRIBUTORS LLC
INVOICE                                    LB#BOL

SEP 25 2006

All claims for damage or shortages must be reported within 72 hours.
In order for your account to be properly credited, you must acquire a
return receipt number from our accounting department prior to your
return by calling at 561-994-2153 @ 27 fax 561-995-4814 or e-mail
avela@mcdiabetics.com

| | |
|---|---|
| Subtotal | $261,000.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Total | $261,000.00 |

SEP 19 2006 13:18

PAGE.02

Case 1:08-cv-01297-MKB-SMG   Document 25   Filed 04/02/08   Page 45 of 100 PageID #: 70

INVIN        OX        A/P COPY INVENTORY TRANSACTIONS    6/09/72  15:28.05  CO: 07    PRODECK        PAGE  1

ROUND BY: _____        TAGGED BY: _____    T WHS INVQTY ON CASES   1XFER FROM:

| ITEM DESCRIPTION | | INVINV | TRUN | VCHV/INHDLINHKP | SC I1 I2 LOT | IN/AV BY | TRLR/TUB | KEY BY VZ | ADJ |
|---|---|---|---|---|---|---|---|---|---|
| 74111 ONE TOUCH ULTRA STRIPS 1008 | R 1 | 72.50 | 72.50 72933 25-125-1 | 801 | 1 12 2615800 | 72.50 31 | 271X4AX | 10 $ | 5164 |
| 74111 ONE TOUCH ULTRA STRIPS 1008 | R 1 | 72.50 | 72.50 72933 57-005-8 | 801 | 1 12 2645725 | 72.50 31 | 271X4AX | 20 N | 5164 |
| 74113 ONE TOUCH ULTRA STRIPS 1008 | R 1 | 72.50 | 72.50 72933 57-013-8 | 801 | 1 12 2645635 | 72.50 31 | 271X4AX | 30 N OK | 5164 |

ITEM TOTAL:   300   NA   248   300

VENDOR NAME:  MC DISTRIBUTORS LLC

VCHR TOTAL VCHR CASE INVIN'S TXCH$ DXPP$ VCRD PO

VCHR TOTAL MC DISTRIBUTORS LLC   VCHR 1510  300  261000.00  261000.00   .00  5164 72933

TERMS:  .00 %  1 DAYS       REDWTH:   .00 %   $.00

                           CO  ITEM
                           07  74111 ONE TOUCH ULTRA STRIPS 1008

                           QTY         CASES
                           3,600        300

CO: 07 05164 01530 2569335-3 106/09/27

MC DISTRIBUTORS LLC
PO RCV                                    LB#BOL

**MC Distributors LLC**
6531 Park of Commerce Blvd.
Suite 160
Boca Raton FL   33487-8297

| Packing Slip | IVC003520 | 6878 |
|---|---|---|
| Date | 9/18/2006 | |
| Page | 1 | |

**Bill To:**

Quality King Healthcare
631-439-2133

**Ship To:**

Quality King Healthcare
631-737-5555
2060 Ninth Ave
Ronkonkoma NY   11779

* Item Shipped Directly from Vendor

| Purchase/Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | |
|---|---|---|---|---|---|---|
| 72933 | QUA001 | CH8001 | | ROG | 9/18/2006 | |

| Ordered | Shipped | B/O | Item Number | Description | | UOM |
|---|---|---|---|---|---|---|
| 3,600 *3600* | 3,600 *3600* | 0 | DIAUSR5388524510 | One Touch Ultra 100's JNJ - US Retail | | EACH |

*2 7 1 8 4 4X*

```
CO: 07 05164 21536 2669336-8 106/03/27
```

**MC DISTRIBUTORS LLC**
**SHIP DOC**                    LB#8OL

All claims for damage or shortages must be reported within 72 hours.  In order
for your account to be properly credited, you must acquire a return receipt
number from our accounting department prior to your return by calling at
561-994-2153 @ 27   e-mail avela@mcdiabetics.com or fax 561-995-4814

MC Distributors LLC
6531 Park of Commerce Blvd.
Suite 150
Boca Raton FL   33487-8297

| | |
|---|---|
| Invoice # | IVC06959 |
| Date | 9/26/2006 |
| Page | 1 |

**Bill To:**

Quality King Healthcare
631-439-2133

**Ship To:**

Quality King Healthcare
631-737-5555
2060 Ninth Ave
Ronkonkoma NY   11779

| 72966 | QUA031 | | CHI001 | BAX GLOBAL | ROG | 9/26/2006 | |
|---|---|---|---|---|---|---|---|
| 3,000 | 3,000 | 0 | DIAUSR5338524510 | One Touch Ultra 100's J&J - US Retail | | $72.50 | $217,500.00 |

3/24's   Lot # 2046635

RECVD 9/29/06

| INITIAL | DATE | INITIAL | DATE |
|---|---|---|---|
| BB# | | BD# | |
| BILL BACK POSTED | | INVOICE VOUCHER # | |
| VN# | | | 1540 |
| SHTDATED | OK | PRT | OK |
| TERMS | | DUE DATE | |

OCT - 2 2006

CO: 27 05164 01540 2681177-1 106/10/04

MC DISTRIBUTORS LLC
INVOICE                                    LB#BOL

All claims for damage or shortages must be reported within 72 hours.
In order for your account to be properly credited, you must acquire a
return receipt number from our accounting department prior to your
return by calling at 561-994-2153 @ 27 fax 561-995-4814 or e-mail
avela@mcdiabetics.com

| | |
|---|---|
| Subtotal | $217,500.00 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Total | $217,500.00 |

SEP 27 2006 08:29

MC Distributors LLC
6531 Park of Commerce Blvd.
Suite 150
Boca Raton FL 33487-8297

| Packing Slip | IVC06959 |
|---|---|
| Date | 9/26/2006 |
| Page | 1 |

**Bill To:**

Quality King Healthcare
631-439-2133

**Ship To:**

Quality King Healthcare
631-737-5555
2060 Ninth Ave
Ronkonkoma NY 11779

**Item Shipped Directly from Vendor**

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | |
|---|---|---|---|---|---|---|
| 72965 | QUA001 | CHI001 | | ROG | 9/26/2006 | |

| Ordered | Shipped | B/O | Item Number | Description | | | UOM |
|---|---|---|---|---|---|---|---|
| 3,000 | 3,000 | 0 | DIAUSR5358524510 | One Touch Ultra 100's J&J - US Retail | | | EACH |

```
CO: 07 05164 01540 2681179-5 106/10/04
MC DISTRIBUTORS LLC
SHIP DOC                          LB#BOL
```

All claims for damage or shortages must be reported within 72 hours. In order for your account to be properly credited, you must acquire a return receipt number from our accounting department prior to your return by calling at 561-994-2153 @ 27    e-mail avela@mcdiabetics.com or fax 561-995-4814

# HEALTHCARE INC

**ORIGINAL INVOICE**

) 9TH AVENUE

IONKOMA  NY    11779

207945

## EMIT TO

HEALTHCARE INC
F LA - 21013
ADENA, CA  91185-1013

## SOLD TO

PRECISION RX-WELLPOINT
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
ATT:ACCTS PAYABLE-LINDA R
DEA# BP7174408 EXP 1070331

## SHIP TO

PRECISION RX
(817) 850-5000
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
ATTN:L.RUTLEDGE

## REFERENCE

| | | |
|---|---|---|
| INVOICE | 6635413-7 | PG 1 |
| PO/DPT | 123140 | |
| DATE | 9/29/06 | |
| SLS | RON KAUFMAN (99) | |
| TERMS | Net 30 Days | |
| ACCT | 03650/00001/00000 | |
| VIA | RX | |
| AR | LOIS HENRIQUEZ | |
| AR PHN | (631) 439-2135 | |
| AR FAX | (631) 439-2274 | |
| AR EM | LOIS@QKRX.COM | |

**IVERY DATE:**

EARLIER THAN:  9/28/06
LATER  THAN:

**MESSAGES**

| QTY | UM | ITEM | DESCRIPTION | UPC | LOT | STOCK | CD | COST | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 100 | A EA | 63160 | ALTOPREV 60MG 30'S | 59630063030 | 630F146SC | 63030 | | 88.14 | 8,814.00 |
| 9 | A EA | 67510 | DYNACIN 100MG TAB 50'S | 99207049250 | 18062601 | 049250 | | 248.43 | 2,235.87 |
| 12 | A EA | 66647 | LOPROX SHAMPOO 1% 120ML | 99207001010 | LAQ113 | 001010 | | 63.01 | 756.12 |
| 60 | EA | 78335 | MICROLET LANCETS 100'S #6546P | 193654621 | K16B9 | 654621 | | 7.33 | 439.80 |
| 12 | EA | 73798 | ONE TOUCH BASIC STRIPS 100'S | 53885037410 | 2638194 | 037410 | | 77.90 | 934.80 |
| 81 | EA | 73798 | ONE TOUCH BASIC STRIPS 100'S | 53885037410 | 2648297 | 037410 | | 77.90 | 6,309.90 |
| 12 | EA | 73798 | ONE TOUCH BASIC STRIPS 100'S | 53885037410 | 2651992 | 037410 | | 77.90 | 934.80 |
| 39 | EA | 73798 | ONE TOUCH BASIC STRIPS 100'S | 53885037410 | 2651464 | 037410 | | 77.90 | 3,038.10 |
| * 144 | | 73798 | **** ITEM SUB TOTAL **** | | | | | 77.90 | 11,217.60 |
| 20 | EA | 72889 | ONE TOUCH BASIC STRP 50S #10198 | 53885019850 | 2631601 | 010198 | | 35.06 | 701.20 |
| 16 | EA | 72889 | ONE TOUCH BASIC STRP 50S #10198 | 53885019850 | 2632164 | 010198 | | 35.06 | 560.96 |
| * 36 | | 72889 | **** ITEM SUB TOTAL **** | | | | | 35.06 | 1,262.16 |
| 12 | EA | 75174 | ONE TOUCH FAST TAKE STRIPS 50'S | 53885044450 | 2639901 | 044450 | | 35.00 | 420.00 |
| 2 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2645635 | 024510 | | 77.35 | 154.70 |
| 5 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2647288 | 024510 | | 77.35 | 386.75 |
| 60 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2649715 | 024510 | | 77.35 | 4,641.00 |
| 72 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2643286 | 024510 | | 77.35 | 5,569.20 |
| 45 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2646742 | 024510 | | 77.35 | 3,480.75 |
| 144 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2645850 | 024510 | | 77.35 | 11,138.40 |
| 216 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2643970 | 024510 | | 77.35 | 16,707.60 |
| 432 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2647379 | 024510 | | 77.35 | 33,415.20 |
| 240 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2658248 | 024510 | | 77.35 | 18,564.00 |
| * 1216 | | 74113 | **** ITEM SUB TOTAL **** | | | | | 77.35 | 94,057.60 |
| 36 | A EA | 75382 | PLAQUENIL TABS 200 MG 100'S | 24156210 | XG51 | 156210 | | 155.41 | 5,594.76 |
| 12 | A EA | 68222 | SULAR 30MG 100'S | | HORIZON | 59630044210 E050265A | 044210 | | 177.38 | 2,128.56 |
| 12 | A EA | 68110 | SULAR 40MG 100'S | | HORIZON | 59630044310 F040315A | 044310 | | 179.39 | 2,152.68 |

```
UPS: 1ZRA00010306897700 CS: 012224096    20 LBS
UPS: 1ZRA00010306897737 CS: 012224142    20 LBS
UPS: 1ZRA00010306897746 CS: 012224197    19 LBS
UPS: 1ZRA00010306897782 CS: 012224242    21 LBS
```

GE-----TOTALS JOB RUN--------------PARAMETERS CHECKSUM-PROTECTION VOLUME-----------MEASUREMENTS

649UM    CS MG      INVOICE OE 1060929 0221                                        CONTINUED

2.5PT   22.5CT   23PL   23CL  6635413

# QK HEALTHCARE INC

2060 9TH AVENUE

RONKONKOMA  NY    11779

RQ0207945

**ORIGINAL INVOICE**

## REMIT TO

QK HEALTHCARE INC
DEPT LA  - 21013
PASADENA, CA  91185-1013

## SOLD TO

PRECISION RX-WELLPOINT
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
ATT:ACCTS PAYABLE-LINDA R
DEA# BP7174408 EXP 1070331

## SHIP TO

PRECISION RX
(817) 850-5000
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
ATTN:L.RUTLEDGE

## REFERENCE

| | |
|---|---|
| INVOICE | 6635413-7   PG 2 |
| PO/DPT | 123140 |
| DATE | 9/29/06 |
| SLS | RON KAUFMAN (99) |
| TERMS | Net 30 Days |
| ACCT | 03650/00001/00000 |
| VIA | RX |
| AR | LOIS HENRIQUEZ |
| AR PHN | (631) 439-2135 |
| AR FAX | (631) 439-2274 |
| AR EM | LOIS@QKRX.COM |

DELIVERY DATE:

NOT EARLIER THAN:  9/28/06

NOT LATER  THAN:

MESSAGES

| IN | QTY | UM | ITEM DESCRIPTION | UPC | LOT | STOCK | CD | COST | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | UPS: 1ZRA00010306897835 CS: 012224367 | | 24 LBS | | | | |
| | | | UPS: 1ZRA00010306897862 CS: 012224663 | | 18 LBS | | | | |
| | | | UPS: 1ZRA00010306897915 CS: 012224788 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306897924 CS: 012225768 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306897933 CS: 012225871 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306897942 CS: 012225872 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306897979 CS: 012225922 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306898030 CS: 012226172 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306898049 CS: 012226305 | | 20 LBS | | | | |
| | | | UPS: 1ZRA00010306898058 CS: 012226309 | | 19 LBS | | | | |
| | | | UPS: 1ZRA00010306898067 CS: 012226378 | | 19 LBS | | | | |

edigree information is available at www.qkrx.com.  To display, click on order search, invoice number, then the item numbe

| ge....Totals Job Run..................Parameters | | Volume....Measurement | TOTAL | |
|---|---|---|---|---|
| | | | | |
| | INVOICE  N 1060929 0221  811 | 708   300LB   60.4028V | INVOICE | $129,079.15 |
| PT  22.5CT     PL  23CL 6635413 | | 20HWT | COST | |

>-  111                          INVOICE CASE TOTAL      15

ORDER DATE: 9/28/06
DELIVERY DATE: 10/2/06

123140

NOTE: Lot # P.O. # must appear on all packing slips and invoices. Pedigree documentation to be faxed to # 817-850-5064

| DATE | NDC | NUMBER SIZE | DESCRIPTION | SUGGESTED COST | OUR COST | PROFIT | QTY | TOTAL | TOTAL SAVINGS | PROFIT % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| September 28, 2006 OK | 00103-0846-21 18650055 | 100 | MICROLET LANCETS | $7.33 | $7.96 | $0.63 | 60 | $439.80 | $37.80 | 7.91% | 108 |
| September 28, 2006 OK | 53885-0374-10 1702259A | 100 | ONE TOUCH TEST STRIPS | $77.90 | $82.01 | $4.11 | 144 | $11,217.60 | $591.84 | 5.01% | 270 |
| September 28, 2006 OK | 53885-0185-50 3418896 | 50 | ONE TOUCH TEST STRIPS | $35.06 | $41.51 | $6.45 | 36 | $1,262.16 | $232.20 | 15.54% | 93 |
| September 28, 2006 OK | 53885-0444-60 1258011 | 50 | FASTTAKE TEST STRIPS | $35.00 | $41.51 | $6.51 | 12 | $420.00 | $78.12 | 15.88% | 14 |
| September 28, 2006 OK | 53885-1245-10 1229147 | 100 | ONE TOUCH ULTRA STRIPS | $77.30 | $81.01 | $3.66 | 1218 | $94,057.60 | $4,450.56 | 4.52% | 3876 |
| September 28, 2006 OK | 99207-0462-60 99207049250 | 50 | DYNACIN TAB 100MG | $248.43 | $341.70 | $93.27 | 9 | $2,235.87 | $839.43 | 27.30% | 9 |
| September 28, 2006 OK | 99207-0010-10 99207001010 | 120 | LOPROX SHA 1% | $63.01 | $65.24 | $2.23 | 12 | $756.12 | $26.76 | 3.42% | 8 |
| September 28, 2006 OK | 00024-1592-10 11837248 | 100 | PLAQUENIL TAB 200MG | $155.41 | $164.44 | $9.03 | 36 | $5,594.76 | $326.08 | 5.49% | 34 |
| September 28, 2006 OK | 59630-0650-30 59630063030 | 30 | ALTOPREV TAB 60MG ER | $88.14 | $91.26 | $3.12 | 100 | $8,814.00 | $312.00 | 3.42% | 201 |
| September 28, 2006 OK | 59630-0442-10 59630044210 | 100 | SILAR TAB 30MG CR | $177.38 | $194.08 | $18.70 | 12 | $2,128.56 | $200.40 | 8.60% | 18 |
| September 28, 2006 OK | 59630-0443-10 59630044310 | 100 | SILAR TAB 40MG CR | $179.38 | $194.08 | $14.69 | 12 | $2,152.56 | $176.28 | 7.57% | 26 |
| | | | | | | | TOTAL | $129,078.16 | $7,270.47 | 9.5% | 0.57 |

Linda Rutledge
Precision RX

9/28/2006

Case 3:09-md-02091-MKB-SMG  Document 25  Filed 04/20/06  Page 52 of 100 PageID #: 77

**PRECISION RX**
450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 14:16.40
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU/COST# | DESCRIPTION/LOT | COST | UPC/EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12224242 | 63160 | ALTOPREV 60MG 30'S 030F1465C | 88.14 | 59630063030 8,814.00 | 100 | |
| 12224367 | 67510 | DYNACIN 100MG TAB 50'S 10062601 | 248.43 | 99207049250 2,235.87 | 9 | |
| 12224242 | 66647 | LOPROX SHAMPOO 1% 120ML LA0113 | 63.01 | 99207001010 756.12 | 12 | |
| 12224788 | 76335 | MICROLET LANCETS 100'S #6546P K1609 | 7.33 | 00193654021 439.80 | 60 | |
| 12224242 | 72889 | ONE TOUCH BASIC STRP 50S #10198 2631601 | 35.06 | 53885019050 701.20 | 20 | |
| 12224242 | 72889 | ONE TOUCH BASIC STRP 50S #10198 2632184 | 35.06 | 53885019050 1,262.16 | 36 | * |
| 12224367 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2638194 | 77.90 | 53885037410 304.80 | 12 | |
| 12224367 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2648297 | 77.90 | 53885037410 701.10 | 9 | |
| 12224663 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2648297 | 77.90 | 53885037410 5,608.80 | 72 | |
| 12224367 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2651464 | 77.90 | 53885037410 3,638.10 | 39 | |
| 12224367 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2651992 | 77.90 | 53885037410 11,217.60 | 144 | * |
| 12224142 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643286 | 77.35 | 53885024510 5,569.20 | 72 | |
| 12226305 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643970 | 77.35 | 53885024510 1,856.40 | 24 | |
| 12226309 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643970 | 77.35 | 53885024510 7,425.60 | 96 | |
| 12226378 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643970 | 77.35 | 53885024510 7,425.60 | 96 | |

**** CONTINUED ****

**PRECISION RX**
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 14:16.40
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU/COST# | DESCRIPTION/LOT | COST | UPC/EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12224663 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 77.35 | 53885024510 154.70 | 2 | |
| 12224096 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645850 | 77.35 | 53885024510 8,353.80 | 108 | |
| 12224142 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645850 | 77.35 | 53885024510 2,784.60 | 36 | |
| 12224197 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2646742 | 77.35 | 53885024510 3,480.75 | 45 | |
| 12224663 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647288 | 77.35 | 53885024510 386.75 | 5 | |
| 12224788 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 3,712.80 | 48 | |
| 12225768 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 108 | |
| 12225871 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 108 | |
| 12225872 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 108 | |
| 12225922 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 4,641.00 | 60 | |
| 12224197 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2649715 | 77.35 | 53885024510 4,641.00 | 60 | |
| 12225922 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2658248 | 77.35 | 53885024510 3,712.80 | 48 | |
| 12226172 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2658248 | 77.35 | 53885024510 8,353.80 | 108 | |
| 12226305 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2658248 | 77.35 | 53885024510 94,057.60 | 84 | * |
| 12224242 | 75174 | ONE TOUCH FAST TAKE STRIPS 50'S 2639901 | 35.00 | 53885044450 420.00 | 12 | |

**** CONTINUED ****

**PRECISION RX**
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 14:16.40
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU/COST# | DESCRIPTION/LOT | COST | UPC/EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12224367 | 76302 | PLENDIL TABS 200 MG 100'S XG51 | 155.41 | 00023158210 5,594.76 | 36 | |
| 12224367 | 68810 | SULAR 40MG 100'S P040915A | 179.39 | 59630024510 2,152.68 | 12 | |
| 12224367 | 68822 | SULAR 30MG 100'S E092056A | 177.33 | 59630044510 2,128.56 | 12 | |

TOTAL CASES   15

TOTAL U/M   1849

INVOICE COST->   120079.15   1849

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.GXRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

************************
* END OF PACKING LIST (ITEMS) *
************************

OK HEALTHCARE INC DBA: R002097045
2000 9TH AVENUE PONKONKOMA NY 11779

## Top Left Packing Slip

PACKING SLIP FOR CASE   PAGE

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 14:02.55
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU# LOT | DESCRIPTION LOT | UPC COST/EXTENDED | QTY | CS |
|---|---|---|---|---|---|
| 1225922 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 53885024510 77.35 | 60 | |
| 1225922 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2958248 | 53885024510 77.35 | 48 | |
| | | | 3,712.80 | | |
| | | INVOICE COST-> | 8353.80 | 108 | |

108    TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
2060 9TH AVENUE RONKONKOMA NY     11779

## Top Right Packing Slip

PACKING SLIP FOR CASE

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 11:45.08
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU# LOT | DESCRIPTION LOT | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|
| 12224663 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2648297 | 53885037410 77.90 | 72 | |
| | | | 5,608.80 | | |
| 12224663 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 53885024510 77.35 | 2 | |
| | | | 154.70 | | |
| 12224663 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647288 | 53885024510 77.35 | 5 | |
| | | | 386.75 | | |
| | | INVOICE COST-> | 6150.25 | 79 | |

79    TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
2060 9TH AVENUE RONKONKOMA NY     11779

## Bottom Packing Slip (rotated)

PACKING SLIP FOR CASE          PAGE    1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH          TX 76137
DEA: BP7174408

PO:  123140
INV:  6635413-7
DATE:  9/29/06 11:34.51
CS/BY:  03650-00001/GUDEL

| CASE NO | SKU# LOT | DESCRIPTION LOT | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|
| 12224087 | 87510 | DYNACIN 100MG TAB 50'S 190020001 | 99207048250 240.43 2,235.87 | 9 | |
| 12224087 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2638019 | 53885037410 77.90 934.80 | 12 | |
| 12224087 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2638194 | 53885037410 77.90 934.80 | 12 | |
| 12224087 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2648297 | 53885037410 77.90 701.10 | 9 | |
| 12224087 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2851464 | 53885037410 77.90 3,038.10 | 39 | |
| 12224087 | 73798 | ONE TOUCH BASIC STRIPS 100'S 2951092 | 53885037410 77.90 934.80 | 12 | |
| 12224087 | 75502 | PLAQUENIL TABS 200 MG 100'S X851 | 00024650219 165.41 5,954.76 | 36 | |
| 12224087 | 68110 | SOLAR 40MG 100'S F8403154 | HORIZON 179.39 2,152.68 | 12 | |
| 69222 | | SOLAR 30MG 100'S E8692650 | HORIZON 177.38 2,128.56 | 12 | |
| | | INVOICE COST-> | 17720.67 | 141 | |

141    TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
2060 9TH AVENUE RONKONKOMA NY     11779

## PACKING SLIP FOR CASE — PAGE 1

ECISION RX
50 N RIVERSIDE DR
WORTH        TX 76137
A: BP7174408

PO:    123140
INV:   6635413-7
DATE:  9/29/06 13:45.01
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU COST | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|----------|-----------------|------|--------------|-----|-----|
| 2225768 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 108 | |
| | | INVOICE COST-> | | 8353.80 | 108 | |
| 108 | TOTAL U/M | | | | | |

DIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
    2060 9TH AVENUE RONKONKOMA NY    11779

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

PO:    123140
INV:   6635413-7
DATE:  9/29/06 14:16.07
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU COST | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|----------|-----------------|------|--------------|-----|-----|
| 12226378 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643970 | 77.35 | 53885024510 7,425.60 | 96 | |
| | | INVOICE COST-> | | 7425.60 | 96 | |
| 96 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
    2060 9TH AVENUE RONKONKOMA NY    11779

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

PO:    123140
INV:   6635413-7
DATE:  9/29/06 13:40.01
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU COST | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|----------|-----------------|------|--------------|-----|-----|
| 12224788 | 78335 | MICROLET LANCETS 100'S #6546P K1689 | 7.33 | 08193654621 439.80 | 60 | |
| 12224788 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 3,712.80 | 48 | |
| | | INVOICE COST-> | | 4152.60 | 108 | |
| 108 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
    2060 9TH AVENUE RONKONKOMA NY    11779

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

PO:    123140
INV:   6635413-7
DATE:  9/29/06 13:47.58
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU COST | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|----------|-----------------|------|--------------|-----|-----|
| 12225872 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 108 | |
| | | INVOICE COST-> | | 8353.80 | 108 | |
| 108 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R99207945
    2060 9TH AVENUE RONKONKOMA NY    11779

## Top Left

**PACKING SLIP FOR CASE**    PAGE   1

RECISION RX
450 N RIVERSIDE DR
T. WORTH    TX 76137
EA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 13:45.08
CS/BY: 03650-00001/GUDEL

| CASE NO | GROUP COST/LOT | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------|-------------|------|----------|-----|-----|
| 12225971 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2647379 | 77.35 | 53885024510 8,353.80 | 100 | |

INVOICE COST->   8353.80   100

100   TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

\*\*\*\*\*\*\*\*\*\*\*\*\* END OF PACKING LIST (CASE) \*\*\*\*\*\*\*\*\*\*\*\*\*\*
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Top Right

**PACKING SLIP FOR CASE**    PAGE

| CASE NO | GROUP COST/LOT | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------|-------------|------|----------|-----|-----|
| 12226385 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643970 | 77.35 | 53885024510 1,856.40 | 24 | |
| 12226385 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2658248 | 77.35 | 53885024510 6,497.40 | 84 | |

INVOICE COST->   8353.80   100

100   TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

\*\*\*\*\*\*\*\*\*\*\*\*\* END OF PACKING LIST (CASE) \*\*\*\*\*\*\*\*\*\*\*\*\*\*
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Bottom Left

**PACKING SLIP FOR CASE**    PAGE   1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 11:05.27
CS/BY: 03650-00001/GUDEL

| CASE NO | GROUP COST/LOT | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------|-------------|------|----------|-----|-----|
| 12224142 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2643286 | 77.35 | 53885024510 5,569.20 | 72 | |
| 12224142 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645850 | 77.35 | 53885024510 2,784.60 | 36 | |

INVOICE COST->   8353.80   100

100   TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

\*\*\*\*\*\*\*\*\*\*\*\*\* END OF PACKING LIST (CASE) \*\*\*\*\*\*\*\*\*\*\*\*\*\*
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Bottom Right

**PACKING SLIP FOR CASE**    PAGE   1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 11:01.47
CS/BY: 03650-00001/GUDEL

| CASE NO | GROUP COST/LOT | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------|-------------|------|----------|-----|-----|
| 12224096 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645850 | 77.35 | 53885024510 8,353.80 | 100 | |

INVOICE COST->   8353.80   100

100   TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

\*\*\*\*\*\*\*\*\*\*\*\*\* END OF PACKING LIST (CASE) \*\*\*\*\*\*\*\*\*\*\*\*\*\*
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

Case 1:08-cv-01297-MKB-SMG Document 25 Filed 04/23/09 Page 56 of 100 PageID #: 81

## PACKING SLIP FOR CASE — PAGE 1

CISION RX
0 N RIVERSIDE DR
WORTH        TX 76137
1: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 14:15.09
CS/BY: 03650-00001/GUDEL

| CASE NO. | SKU# LOT | DESCRIPTION | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 2226309 | 74113 2643970 | ONE TOUCH ULTRA STRIPS 100S | 77.35 | 53885024510 7,425.60 | 96 | 96 |
| | | INVOICE COST-> | | 7425.60 | 96 | |

96  TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R08207945
2060 9TH AVENUE RONKONKOMA NY    11779

---

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH      TX 76137
DEA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 11:15.44
CS/BY: 03650-00001/GUDEL

| CASE NO. | SKU# LOT | DESCRIPTION | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12224242 | 63160 630F1465C | ALTOPREV 60MG 30'S | 88.14 | 59530063030 8,814.00 | 100 | |
| 12224242 | 66647 LA0113 | LOPROX SHAMPOO 1% 120ML | 63.01 | 99207001010 756.12 | 12 | |
| 12224242 | 72809 2631601 | ONE TOUCH BASIC STRP 50S #10198 | 35.06 | 53885018850 701.20 | 20 | |
| 12224242 | 72809 2632164 | ONE TOUCH BASIC STRP 50S #10198 | 35.06 | 53885019850 560.96 | 16 | |
| 12224242 | 75174 2639901 | ONE TOUCH FAST TAKE STRIPS 50'S | 35.00 | 53885044450 420.00 | 12 | |
| | | INVOICE COST-> | | 11252.28 | 160 | 160 |

160  TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R08207945
2060 9TH AVENUE RONKONKOMA NY    11779

---

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH      TX 76137
DEA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 11:08.40
CS/BY: 03650-00001/GUDEL

| CASE NO. | SKU# LOT | DESCRIPTION | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12224197 | 74113 2646742 | ONE TOUCH ULTRA STRIPS 100S | 77.35 | 53885024510 3,480.75 | 45 | |
| 12224197 | 74113 2649715 | ONE TOUCH ULTRA STRIPS 100S | 77.35 | 53885024510 4,641.00 | 60 | |
| | | INVOICE COST-> | | 8121.75 | 105 | 105 |

105  TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R08207945
2060 9TH AVENUE RONKONKOMA NY    11779

---

## PACKING SLIP FOR CASE — PAGE 1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH      TX 76137
DEA: BP7174408

PO: 123140
INV: 6635413-7
DATE: 9/29/06 14:10.33
CS/BY: 03650-00001/GUDEL

| CASE NO. | SKU# LOT | DESCRIPTION | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12226172 | 74113 2650248 | ONE TOUCH ULTRA STRIPS 100S | 77.35 | 53885024510 8,353.80 | 108 | |
| | | INVOICE COST-> | | 8353.80 | 108 | 108 |

108  TOTAL U/M

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

**************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R08207945
2060 9TH AVENUE RONKONKOMA NY    11779

P U R C H A S E   O R D E R   R E C E I P T

PO#: 133140

TO: QUALITY KING                                         FROM: PrecisionRx

2060 9TH AVENUE                                          5450 N RIVERSIDE DR

RONKONKOMA, NY 11779                                     FORT WORTH, TX 76137

| endor Invty ID | Local Invty ID | Item Description | Location | Size | Qty | Price | Total Price |
|---|---|---|---|---|---|---|---|
| 228147 | 1228147 | ONE TOUCH ULTRA STRIPS | 57 | 100 | 1216 | 77.35 | 94057.60 |
| 258011 | 1258011 | FASTTAKE    TES STRIPS | 68 | 50 | 12 | 35.00 | 420.00 |
| 637248 | 1637248 | PLAQUENIL    TAB 200MG | 61 | 100 | 36 | 155.41 | 5594.76 |
| 702299 | 1702299. | ONE TOUCH TEST STRIPS | 68 | 100 | 144 | 77.90 | 11217.60 |
| 855055 | 1855055 | MICROLET LANCETS | 68 | 100 | 60 | 7.33 | 439.80 |
| 418886 | 3418886 | ONE TOUCH TEST STRIPS | 67 | 50 | 36 | 35.06 | 1262.16 |
| 194273 | 59630044210 | SULAR TAB 30MG CR | 56 | 100 | 12 | 177.38 | 2128.56 |
| 748391 | 59630044310 | SULAR TAB 40MG CR | 63 | 100 | 12 | 179.39 | 2152.68 |
| 3160 | 59630063030 | ALTOPREV TAB 60MG ER | 61 | 30 | 100 | 88.14 | 8814.00 |
| 6647 | 99207001010 | LOPROX      SHA 1% | 56 | 120 | 12 | 63.01 | 756.12 |
| 988559 | 99207049250 | DYNACIN TAB 100MG | 56 | 50 | 9 | 248.43 | 2235.87 |

-------------

129079.14

P U R C H A S E     O R D E R     R E C E I P T
PO#: 123362

TO: QUALITY KING                          FROM: PrecisionRx

2060 9TH AVENUE                           5450 N RIVERSIDE DR

RONKONKOMA, NY 11779                      FORT WORTH, TX 76137

| Vendor Invty ID | Local Invty ID | Item Description | Location | Size | Qty | Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1258011 | 1258011 | FASTTAKE  TES STRIPS | 68 | 50 | 12 | 35.00 | 420.00 |
| | | | | | | | 420.00 |

Linda,

This was cleared due to
the extra 12 Fast-takes
we received on po 125140.

Thanks,

Kevin

**Quality King to Wellpoint chain (Lot # 264635)**

# QK HEALTHCARE INC.

ORIGINAL INVOICE

2060 9TH AVENUE

RONKONKOMA NY   11779

RQ0207945

| REMIT TO | SOLD TO | SHIP TO | REFERENCE | |
|---|---|---|---|---|
| QK HEALTHCARE INC | PRECISION RX-WELLPOINT | PRECISION RX | INVOICE | 6684593-7   PG 1 |
| DEPT LA - 21013 | 5450 N RIVERSIDE DR | (817) 850-5000 | PO/DPT | 123729 |
| PASADENA, CA  91185-1013 | FT. WORTH        TX 76137 | 5450 N RIVERSIDE DR | DATE | 10/16/06 |
| | ATT:ACCTS PAYABLE-LINDA R | FT. WORTH        TX 76137 | SLS | RON KAUFMAN (99) |
| | DEA# BP7174408 EXP 1070331 | ATTN:L.RUTLEDGE | TERMS | Net 30 Days |
| | | | ACCT | 03650/00001/00000 |
| DELIVERY DATE: | MESSAGES | | VIA | RX |
| NOT EARLIER THAN: 10/13/06 | | | AR | LOIS HENRIQUEZ |
| NOT LATER   THAN: | | | AR PHN | (631) 439-2135 |
| | | | AR FAX | (631) 439-2274 |
| | | | AR EM | LOIS@QKRX.COM |

| LIN | QTY | UM | ITEM | DESCRIPTION | UPC | LOT | STOCK | CD | COST | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 | EA | 75174 | ONE TOUCH FAST TAKE STRIPS 50'S | 53885044450 | 2639901 | 044450 | | 33.40 | 400.80 |
| 2 | 948 | EA | 74113 | ONE TOUCH ULTRA STRIPS 100S | 53885024510 | 2645635 | 024510 | | 76.14 | 72,180.72 |
| 4 | 322 | EA | 74107 | ONE TOUCH ULTRA STRIPS 50S | 53885024450 | 2649835 | 024450 | | 37.92 | 12,210.24 |

|  | UPS: 1ZRA00010306919454 CS: 012313121 | 20 LBS |
|---|---|---|
| | UPS: 1ZRA00010306919472 CS: 012313149 | 20 LBS |
| | UPS: 1ZRA00010306919490 CS: 012313196 | 20 LBS |
| | UPS: 1ZRA00010306919507 CS: 012313244 | 20 LBS |
| | UPS: 1ZRA00010306919525 CS: 012313265 | 20 LBS |
| | UPS: 1ZRA00010306919534 CS: 012313297 | 20 LBS |
| | UPS: 1ZRA00010306919623 CS: 012313326 | 20 LBS |
| | UPS: 1ZRA00010306919712 CS: 012313366 | 20 LBS |
| | UPS: 1ZRA00010306919749 CS: 012313528 | 21 LBS |
| | UPS: 1ZRA00010306919767 CS: 012313584 | 23 LBS |
| | UPS: 1ZRA00010306919776 CS: 012313619 | 7 LBS |

Pedigree information is available at www.qkrx.com.  To display, click on order search, invoice number, then the item number

| age....Totals Job Run...................Parameters | Volume....Measurement | TOTAL | |
|---|---|---|---|
| 1282 | MG | INVOICE N 1061016 0221  045 | 19 | 211LB 200.6864V | INVOICE | $84,791.76 |
| 35.3PT  35.3CT   3PL  3CL 6684593 | | 14HWT | COST |

P- 111

INVOICE CASE TOTAL   11

PURCHASE ORDER RECEIPT

PO#: 123729

TO: QUALITY KING
2060 9TH AVENUE

RONKONKOMA, NY 11779

FROM: PrecisionRx

5450 N RIVERSIDE DR

FORT WORTH, TX 76137

| Vendor Invty ID | Local Invty ID | Item Description | Location | Size | Qty | Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1227560 | 1227560 | ONE TOUCH ULTRA STRIPS | 68 | 50 | 322 | 37.92 | 12210.34 |
| 1228147 | 1228147 | ONE TOUCH ULTRA STRIPS | 57 | 100 | 948 | 76.14 | 72180.72 |
| 1258011 | 1258011 | FASTTAKE    TES STRIPS | 68 | 50 | 12 | 33.40 | 400.80 |
|  |  |  |  |  |  |  | ------------- |
|  |  |  |  |  |  |  | 84791.76 |

PACKING SLIP FOR CASE                    PAGE

PRECISION RX                 PO:    123729
5450 N RIVERSIDE DR          INV:   6684593-7
FT. WORTH      TX 76137      DATE: 10/16/06  9:33.05
DEA: BP7174408               CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12313326 | 74113 | ONE TOUCH ULTRA STRIPS 100S | | 53885024510 | 100 | |
| | 2645635 | | 76.14 | 8,223.12 | | |
| | | INVOICE COST-> | | 8223.12 | 100 | |
| 100 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxxxx  END OF PACKING LIST (CASE)  xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY    11779

---

PACKING SLIP FOR CASE              PAGE    1

PRECISION RX                 PO:    123729
5450 N RIVERSIDE DR          INV:   6684593-7
FT. WORTH      TX 76137      DATE: 10/16/06  9:31.07
DEA: BP7174408               CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | C |
|---|---|---|---|---|---|---|
| 12313297 | 74113 | ONE TOUCH ULTRA STRIPS 100S | | 53885024510 | 100 | |
| | 2645635 | | 76.14 | 8,223.12 | | |
| | | INVOICE COST-> | | 8223.12 | 100 | |
| 100 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxxxx  END OF PACKING LIST (CASE)  xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY    11779

---

PACKING SLIP FOR CASE              PAGE    1

PRECISION RX                 PO:    123729
5450 N RIVERSIDE DR          INV:   6684593-7
FT. WORTH      TX 76137      DATE: 10/16/06  9:24.45
DEA: BP7174408               CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12313196 | 74113 | ONE TOUCH ULTRA STRIPS 100S | | 53885024510 | 100 | |
| | 2645635 | | 76.14 | 8,223.12 | | |
| | | INVOICE COST-> | | 8223.12 | 100 | |
| 100 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxxxx  END OF PACKING LIST (CASE)  xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY    11779

## Slip 1 (top left)

PACKING SLIP FOR CASE     PAGE     1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:    123729
INV:   6684593-7
DATE: 10/16/05  9:46.37
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------------|-----------------|------|--------------|-----|----|
| 12313528 | 74107 | ONE TOUCH ULTRA STRIPS 50S 2049835 | 37.92 | 53885024450 1,820.16 | 48 | |
| 12313528 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 6,395.76 | 84 | |
| | | INVOICE COST-> | | 8215.92 | 132 | |
| 132 | TOTAL U/M | | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxx END OF PACKING LIST (CASE) xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Slip 2 (top right)

PACKING SLIP FOR CASE     PAGE     1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:    123729
INV:   6684593-7
DATE: 10/16/05  9:26.44
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------------|-----------------|------|--------------|-----|----|
| 12313244 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 | |
| | 108 | TOTAL U/M | | 8223.12 | 108 | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxx END OF PACKING LIST (CASE) xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Slip 3 (bottom left)

PACKING SLIP FOR CASE     PAGE     1

RECISION RX
450 N RIVERSIDE DR
T. WORTH   TX 76137
EA: BP7174408

PO:    123729
INV:   6684593-7
DATE: 10/16/05  9:29.08
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------------|-----------------|------|--------------|-----|----|
| 12313265 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 | |
| | | INVOICE COST-> | | 8223.12 | 108 | |
| 108 | TOTAL U/M | | | | | |

DIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
ICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxx END OF PACKING LIST (CASE) xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

## Slip 4 (bottom right)

PACKING SLIP FOR CASE     PAGE     1

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH    TX 76137
DEA: BP7174408

PO:    123729
INV:   6684593-7
DATE: 10/16/05  9:43.31
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# COST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|------------|-----------------|------|--------------|-----|----|
| 12313366 | 741 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 | |
| | | INVOICE COST-> | | 8223.12 | 108 | |
| 108 | TOTAL U/M | | | | | |

PEDI...
...REE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

xxxxxxxxxxxxxx END OF PACKING LIST (CASE) xxxxxxxxxxxxxx
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA NY   11779

PACKING SLIP FOR CASE                    PAGE     1

```
PRECISION RX                  PO:   123729
5450 N RIVERSIDE DR           INV:  6684593-7
FT. WORTH      TX 76137       DATE: 10/16/06  9:18.21
DEA: BP7174408                CS/BY: 03650-00001/GUDEL
```

| CASE NO | SKU#<br>CUST# | DESCRIPTION<br>LOT | COST | UPC<br>EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12313121 | 74113 | ONE TOUCH ULTRA STRIPS 100S<br>2645635 | 76.14 | 53885024510<br>8,223.12 | 100 | |
| | | INVOICE COST-> | | 8223.12 | 100 | |
| | 100 | TOTAL U/M | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

***************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA  NY      11779

---

PACKING SLIP FOR CASE                    PAGE     1

```
PRECISION RX                  PO:   123729
5450 N RIVERSIDE DR           INV:  6684593-7
FT. WORTH      TX 76137       DATE: 10/16/06  9:21.06
DEA: BP7174408                CS/BY: 03650-00001/GUDEL
```

| CASE NO | SKU#<br>CUST# | DESCRIPTION<br>LOT | COST | UPC<br>EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12313149 | 74113 | ONE TOUCH ULTRA STRIPS 100S<br>2645635 | 76.14 | 53885024510<br>8,223.12 | 100 | |
| | | INVOICE COST-> | | 8223.12 | 100 | |
| | 100 | TOTAL U/M | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

***************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA  NY      11779

---

PACKING SLIP FOR CASE                    PAGE     1

```
PRECISION RX                  PO:   123729
5450 N RIVERSIDE DR           INV:  6684593-7
FT. WORTH      TX 76137       DATE: 10/16/06  9:48.51
DEA: BP7174408                CS/BY: 03650-00001/GUDEL
```

| CASE NO | SKU#<br>CUST# | DESCRIPTION<br>LOT | COST | UPC<br>EXTENDED | QTY | CS |
|---|---|---|---|---|---|---|
| 12312604 | 74107 | ONE TOUCH ULTRA STRIPS 50S<br>2645635 | 37.92 | 53885024450<br>8,190.72 | 216 | |
| | | INVOICE COST-> | | 8190.72 | 216 | |
| | 216 | TOTAL U/M | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH, INVOICE NUMBER, THEN ITEM NUMBER.

***************** END OF PACKING LIST (CASE) ****************
QK HEALTHCARE INC DEA: R00207945
2060 9TH AVENUE RONKONKOMA  NY      11779

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

PO: 123729
INV: 6684593-7
DATE: 10/16/06  9:52.50
CS/BY: 03650-00001/GUDEL

| CASE NO | SKU# CUST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY | CS |
|---------|-----------|-----------------|------|--------------|-----|-----|
| 12313619 | 74107 | ONE TOUCH ULTRA STRIPS 50S 2649835 | 37.92 | 53885024450 2,199.36 | 58 | |
| 12313619 | 75174 | ONE TOUCH FAST TAKE STRIPS 50'S 2639901 | 33.40 | 53885044450 400.80 | 12 | |
| | | INVOICE COST-> | | 2600.16 | 70 | |
| | 70 | TOTAL U/M | | | | |

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH,INVOICE NUMBER, THEN ITEM NUMBER.

****************** END OF PACKING LIST (CASE) ******************
QK HEALTHCARE INC DEA: RQ0207945
2060 9TH AVENUE RONKONKOMA NY   11779



PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

INV: 6684593-7
DATE: 10/16/06  9:54.
CS/BY: 03650-00001/GU

| CASE NO | SKU# CUST# | DESCRIPTION LOT | COST | UPC EXTENDED | QTY |
|---------|-----------|-----------------|------|--------------|-----|
| 12313528 | 74107 | ONE TOUCH ULTRA STRIPS 50S 2649835 | 37.92 | 53885024450 1,820.16 | 48 |
| 12313584 | 74107 | ONE TOUCH ULTRA STRIPS 50S 2649835 | 37.92 | 53885024450 8,190.72 | 216 |
| 12313619 | 74107 | ONE TOUCH ULTRA STRIPS 50S 2649835 | 37.92 | 53885024450 12,210.24 | 58 322 |
| 12313121 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313149 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313196 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313244 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313265 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313297 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313326 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313366 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 8,223.12 | 108 |
| 12313528 | 74113 | ONE TOUCH ULTRA STRIPS 100S 2645635 | 76.14 | 53885024510 72,180.72 | 84 948 |
| 12313619 | 75174 | ONE TOUCH FAST TAKE STRIPS 50'S 2639901 | 33.40 | 53885044450 400.80 | 12 |
| | | INVOICE COST-> | | 84791.76 | 1282 |
| | 11 | TOTAL CASES | | | |
| | 1282 | TOTAL U/M | | | |

**** CONTINUED ****

PRECISION RX
5450 N RIVERSIDE DR
FT. WORTH        TX 76137
DEA: BP7174408

PO: 123729
INV: 6684593-7
DATE: 10/16/06  9:54.18
CS/BY: 03650-00001/GUDEL

PACKING SLIP FOR ORDER       PAGE 2

PEDIGREE INFORMATION IS AVAILABLE ON-LINE AT WWW.QKRX.COM
CLICK ON ORDER SEARCH,INVOICE NUMBER, THEN ITEM NUMBER.

****************** END OF PACKING LIST (ITEM) ******************
QK HEALTHCARE INC DEA: RQ0207945
2060 9TH AVENUE RONKONKOMA NY   11779

DELIVERY DATE:10/18/06

123729

NOTE: Lot # P.O. # must appear on all packing slips and invoices. Pedigree documentation to be faxed to # 817-850-5094

Linda Rutledge
Precision RX

| Item Date | NDC | CUSTOMER # | PKG SIZE | DESCRIPTION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October 13, 2006 OK | 53885-0444-50 | 1250011 | 50 | ONE TOUCH FAST TAKE STRIPS | $33.40 | $41.50 | $8.10 | 12 | $400.80 | $87.20 | 19.62% | 0.60 | 16 |
| October 13, 2006 OK | 53885-0245-10 | 2282147 | 100 | ONE TOUCH ULTRA STRIPS | $76.14 | $81.00 | $4.86 | 946 | $72,180.72 | $4,607.28 | 6.00% | 0.25 | 3811 |
| October 13, 2006 OK | 53885-0244-50 | 1227560 | 50 | ONE TOUCH ULTRA STRIPS | $37.92 | $41.00 | $3.08 | 322 | $12,210.24 | $991.76 | 7.51% | 0.23 | 1413 |
| | | | | TOTAL | | | | | $84,791.76 | $5,896.24 | 11.0% | 0.49 | |

NOTE: CHECK LOT #'S FOR COUNTERFEIT

1

10/18/2006

P U R C H A S E   O R D E R

PO#: 123729

TO: QUALITY KING                          FROM: PrecisionRx

2060 9TH AVENUE                           5450 N RIVERSIDE DR

RONKONKOMA, NY 11779                      FORT WORTH, TX 76137

| Vendor Invty ID | Local Invty ID | Item Description | Location | Size | Qty | Price | Total Price |
|-----------------|----------------|------------------|----------|------|-----|-------|-------------|
| 1227560 | 1227560 | ONE TOUCH ULTRA STRIPS | 68 | 50 | 322 | 37.92 | 12210.24 |
| 1228147 | 1228147 | ONE TOUCH ULTRA STRIPS | 57 | 100 | 948 | 76.14 | 72180.72 |
| 1258011 | 1258011 | FASTTAKE    TES STRIPS | 68 | 50 | 12 | 33.40 | 400.80 |
| | | | | | | | -------------- |
| | | | | | | | 84791.76 |

**Mike Maguire**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Wednesday, October 05, 2005 8:55 AM |
| **To:** | Mike Maguire |
| **Subject:** | FW: INFO CONTACT |

---

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, October 04, 2005 3:09 PM
**To:** Eric Chirinsky
**Subject:** Re: INFO CONTACT

Hi Eric,

Thanks for the quick response, and also friendly chat on the phone.

As mentioned, we are in a position to obtain quantities of primarily Ultra and Surestep strips, in the American pack and with reasonably good exp dates.

Quantities available may vary from time to time, but we can work on roughly 10 000 - 20 000 Ultra's being available in a 4/6 week cycle. Surestep will be less, with about 3000 - 7000 available over the same time frame.

I should be able to provide exact quantities and availability dates within the next day or two.

Re price, we can look at USD 31.50 for the Ultra(50's), and USD 27.50 for the Surestep(50's). Both FOB South Africa, or on another basis, if so wanted.

Obviously we can institute a proper system of inspection by a party of your choice (eg freight agent), to provide comfort and assurance.

My company : Rowan Tree 1123 cc. We are based in Pretoria and Cape Town, and have been doing business in the medical and related fields for the past few years, both in South Africa and in the neighbouring countries of the region.

For the moment let me stop here. Please note my mobile nr: +27 73 787 3471, and the office : +27 12 662 0015, and the fax : +27 12 662 1781.


Looking forward to hear from you.


Best regards

Derek Smith

----- Original Message -----
**From:** Eric Chirinsky
**To:** ROWANTREE@LANTIC.NET
**Sent:** Tuesday, October 04, 2005 5:58 PM
**Subject:** INFO CONTACT

MCD 019792

MCD019792

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd. Suite 150
Boca Raton, Fl. 33487
561-994-2153 Ext. 23
Fax 561-995-4814

MCD 019793

12/12/2006

## Eric Chirinsky

**From:** Eric Chirinsky
**Sent:** Tuesday, March 21, 2006 3:03 PM
**To:** 'rowan tree'
**Subject:** RE: updates

Derek,

Sounds good will definitely go out and get some beers, let me know your dates and I will at the least meet you at the airport and would like to reserve a hotel for you as there is a very nice place called the Boca Raton resort and Club which will be a nice place for a couple days and is close to my office. Ever hear of the Zambezi shark, was talk to a friend from South Africa who said they are even more vicious then the great white, well talk to you soon

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, March 21, 2006 2:49 PM
**To:** Eric Chirinsky
**Subject:** Re: updates

Hi Eric,

I will let you know as soon as the dates are confirmed my side.
I will be coming to Atlanta which is the central hub for South African Airways.
Thanks very much for your kind offer to take care of the tickets etc, but as I will be travelling in any case for family reasons, it would really be fine for me to carry the costs.
However, if you were to buy me a beer in Fl it will be appreciated!!

Best regards

Derek

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Tuesday, March 21, 2006 4:43 PM
**Subject:** RE: updates

Derek,

April 6th and 7th Would be perfect I am leaving on my boat for about 10 days to cruise around the Caribbean starting on April 8th . Let me know if you definitely make it those days and how many people you will be traveling with and where you will be flying out of, I will reserve tickets, lodging and transfers. Look forward to finally meeting. Talk to you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150



12/9/2006

MCD 009355

Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, March 21, 2006 3:32 AM
**To:** Eric Chirinsky
**Subject:** Re: updates

Hi Eric,

New shipments : will have final info within few days and revert,  expect Basic x 50's, as well as U x 50's and 100's.
How is market for Surestep currently?

Re meeting : thanks for kind invitation.  Agree that we should get together soon to discuss options and way forward.  How does your program look for early April,  around 6 / 7 April?  I plan to come over to States to visit family in California, and it could be possible to make a detour to Florida for a day or two.

Best regards

Derek

----- Original Message -----
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Monday, March 20, 2006 11:05 PM
**Subject:** updates

Derek,

Wanted to touch base with you regarding new shipments. Also wanted to let you know we appreciate the business and working with you. Think there is potentially more that we could do together and it would be a good idea to get together some time soon.
I would like to invite you and who ever else you would like to bring to come and visit us in Boca Raton, Fl. It is a very nice place and we would welcome you as our guest. We would send you plane tickets and arrange for you to stay in very beautifull accomdation. If for some reason this is not possible I would like to meet you in Europe towards the end of April and would like to work on some sort of concrete plan. Please let me know your thoughts regarding this. Look forward to hearing from you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

12/9/2006

MCD 009356

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Tuesday, March 21, 2006 3:05 PM |
| **To:** | 'rowan tree' |
| **Subject:** | RE: surestep |

Target on the surestep would be $26 for the 50ct and $54 for the 100ct would like a mix maybe 2016 50ct and 1008 100ct

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, March 21, 2006 2:54 PM
**To:** Eric Chirinsky
**Subject:** Re: surestep

Hi Eric,

Thanks for feedback.  I note your comments re exp date.

I should be in a position to get either the 50's and / or the 100's.  Which would you prefer, or both?
Also, please give me an indication of your current target pricing.

Regards

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Tuesday, March 21, 2006 5:01 PM
**Subject:** surestep

Derek,

In regards to Surestep I have been selling some, and picking up domestically I would consider buying from you,
it is just the product gets very devalued once exp goes below a year so I do not like to take a big position on the
item would buy around 2k at a time, some times the market closes on this item and I can not sell any but should
be able to move the 2k monthly.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

12/9/2006

MCD 009357

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Tuesday, March 21, 2006 3:59 PM |
| **To:** | 'rowan tree' |
| **Subject:** | RE: Ultra |

18000 ultra 100ct monthly
9000 ultra 50ct monthly target $30.75

Also would add a mix of Surestep 50ct (2k) and 100ct (1008) as well One Touch profile 50ct (5k) and 100ct (3k).

Would like to discuss further in person, but this is what I am thinking. If possible would be nice to break into bi/monthly.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, March 21, 2006 3:14 PM
**To:** Eric Chirinsky
**Subject:** Ultra

Hi Eric,

Re the Ultra situation, what is your expectation for the market in the next approx six months?  Should I try to focus on getting the 100's, or would you prefer to receive also some 50's again?

What would be your ideal monthly uptake (on both)?

What is your current target pricing on the 50's?


Regards

MCD 009358

Re: wire

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Friday, September 08, 2006 3:45 PM |
| **To:** | Mike Maguire |
| **Subject:** | FW: wire |

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Friday, September 08, 2006 3:29 PM
**To:** Eric Chirinsky
**Subject:** Fw: wire

Sure you would enjoy a visit!
Mauritius will be great to touch whilst you are in the area.  Perhaps also the Victoria Falls -  border
between Zimbabwe and Zambia –  1 hour flight from Johannesburg.

Balance of U will be with me Monday.  C x 100 by Thursday.  You will have update when you get to your office
Monday morning.

Have a good weekend!!

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Friday, September 08, 2006 4:09 PM
**Subject:** RE: wire

Sounds good. I am going to try to time it with a Holiday weekend over here, so I can come for around 10 days
with out missing to much work. I am thinking of Feb- March. I would like to try to get to Mauritius and maybe some
other places while there. I am going to start doing some research now for some good travel ideas.

Any news on the balance of the Ultra? Think there first shipment should hit me over the weekend if it arrives on
time. Have a good weekend. Talk to you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Wednesday, September 06, 2006 12:32 PM

MCD 009705

12/9/2006

Re: wire

**To:** Eric Chirinsky
**Subject:** Fw: wire

For Cape Town, the best time would be December until April.
Should you want to visit the bush as well (game viewing/safari),  June till August is best.

Mauritius is four hours' flying from Johannesburg;  five from Cape Town.  Well worth a visit!

----- Original Message -----
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Wednesday, September 06, 2006 3:47 PM
**Subject:** RE: wire

Thanks for your assistance. I will wait to hear from you when balance of product has arrived and is ready. Have a good day. I am looking forward to making my trip out to visit. What month did you say again would be best? How far are you from Mauritius?

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Wednesday, September 06, 2006 8:24 AM
**To:** Eric Chirinsky
**Subject:** Fw: wire

Balance of product : 130 cases have arrived, expect further 120 cases within day or two  Will deliver all in one lot (250 cases) to Julian as soon as I have received the last portion.

C x 100 :  still expected by mid next week.

----- Original Message -----
**From:** rowan tree
**To:** Eric Chirinsky
**Sent:** Wednesday, September 06, 2006 1:49 PM
**Subject:** Fw: wire

Spoke to Julian –  will ship tomorrow night.
Has to make booking and submit docs to customs for export release –  simply not possible for today departure.

----- Original Message -----
**From:** Eric Chirinsky
**To:** rowantree@lantic.net
**Sent:** Wednesday, September 06, 2006 11:47 AM
**Subject:** Re: wire

12/9/2006

MCD 009706

Re: wire

Great can you work with Julian to ship today if possible. We will ship balance upon arrival and receipt of payment.

---- Original Message ----
From: "rowan tree" <rowantree@lantic.net>
Sent: Wed 9/6/06 4:27 am
To: "Eric Chirinsky" <EChirinsky@mcdiabetics.com>
Cc:
Subject: Re: wire

Funds received, thank you!

Have informed Julian, who will make booking and get shipment away asap as per your instruction.
----- Original Message -----
From: Eric Chirinsky
To: rowan tree
Sent: Tuesday, September 05, 2006 4:22 PM
Subject: RE: wire


Have a good night. Talk to you tomorrow.



Best Regards,

Eric Chirinsky

MC Distributors LLC

6531 Park of Commerce Blvd Suite 150

Boca Raton, Fl 33487

561-994-2153 ext 23

Fax 561-995-4814


------------------------------------------

From: rowan tree [mailto:rowantree@lantic.net]
Sent: Tuesday, September 05, 2006 10:10 AM
To: Eric Chirinsky
Subject: Re: wire



Thanks - will let you know.


Expect further delivery tomorrow.  Will forward details as soon as I have confirmation.

----- Original Message -----

From: Eric Chirinsky

To: rowan tree

Sent: Tuesday, September 05, 2006 4:01 PM

12/9/2006

MCD 009707

Re: wire

Subject: wire

Derek,

Wire has been made please confirm once received. Talk to you soon.

Best Regards,

Eric Chirinsky

MC Distributors LLC

6531 Park of Commerce Blvd Suite 150

Boca Raton, Fl 33487

561-994-2153 ext 23

Fax 561-995-4814

12/9/2006

MCD 009708

Re: wire

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Tuesday, September 12, 2006 1:10 PM |
| **To:** | 'rowan tree' |
| **Subject:** | RE: wire |

Derek,

No rush as soon as it is ready just let me know. Thanks for the update.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, September 12, 2006 11:51 AM
**To:** Eric Chirinsky
**Subject:** Fw: wire

Delays at customs due to other issues - not at all related to our shipment.
Have seen the goods, all in good order, all paperwork submitted, as soon as cleared will uplift and get to Julian.
Total of U will be 250 shipper cases (3 000 units), as well as 13 shipper cases of Basic ( 156 units), which is a
"left-over" at my supplier from previous B shipment.

Will keep you posted.

----- Original Message -----
**From:** rowan tree
**To:** Eric Chirinsky
**Sent:** Monday, September 11, 2006 2:17 PM
**Subject:** Fw: wire

Balance of U have arrived, but not customs cleared yet. Expect to get them out by this afternoon, or latest
tomorrow morning.

C still expected later this week.

Will keep you informed.

----- Original Message -----
**From:** rowan tree
**To:** Eric Chirinsky
**Sent:** Friday, September 08, 2006 9:28 PM
**Subject:** Fw: wire

Sure you would enjoy a visit!
Mauritius will be great to touch whilst you are in the area. Perhaps also the Victoria Falls - border

12/9/2006

MCD 009723

Case 1:08-cv-01297-MKB-SMG   Document 25   Filed 04/02/08   Page 85 of 100 PageID #: 110

between Zimbabwe and Zambia - 1 hour flight from Johannesburg.

Balance of U will be with me Monday.  C x 100 by Thursday.  You will have update when you get to your office Monday morning.

Have a good weekend!!

---- Original Message ----
From: Eric Chirinsky
To: rowan tree
Sent: Friday, September 08, 2006 4:09 PM
Subject: RE: wire

Sounds good. I am going to try to time it with a Holiday weekend over here, so I can come for around 10 days with out missing to much work. I am thinking of Feb- March. I would like to try to get to Mauritius and maybe some other places while there. I am going to start doing some research now for some good travel ideas.

Any news on the balance of the Ultra? Think there first shipment should hit me over the weekend if it arrives on time. Have a good weekend. Talk to you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

From: rowan tree [mailto:rowantree@lantic.net]
Sent: Wednesday, September 06, 2006 12:32 PM
To: Eric Chirinsky
Subject: Fw: wire

For Cape Town, the best time would be December until April.
Should you want to visit the bush as well (game viewing/safari),  June till August is best.

Mauritius is four hours' flying from Johannesburg; five from Cape Town.  Well worth a visit!

---- Original Message ----
From: Eric Chirinsky
To: rowan tree
Sent: Wednesday, September 06, 2006 3:47 PM
Subject: RE: wire

Thanks for your assistance. I will wait to hear from you when balance of product has arrived and is ready. Have a good day. I am looking forward to making my trip out to visit. What month did you say again would be best? How far are you from Mauritius?

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

12/9/2006

MCD 009724

Re: wire

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Wednesday, September 06, 2006 8:24 AM
**To:** Eric Chirinsky
**Subject:** Fw: wire

Balance of product : 130 cases have arrived, expect further 120 cases within day or two  Will deliver all in one lot (250 cases) to Julian as soon as I have received the last portion.

C x 100 :  still expected by mid next week.

—— Original Message ——
**From:** rowan tree
**To:** Eric Chirinsky
**Sent:** Wednesday, September 06, 2006 1:49 PM
**Subject:** Fw: wire

Spoke to Julian -  will ship tomorrow night.
Has to make booking and submit docs to customs for export release -  simply not possible for today departure.

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowantree@lantic.net
**Sent:** Wednesday, September 06, 2006 11:47 AM
**Subject:** Re: wire

Great can you work with Julian to ship today if possible. We will ship balance upon arrival and receipt of payment.

— Original Message —
From: "rowan tree" <rowantree@lantic.net>
Sent: Wed 9/6/06 4:27 am
To: "Eric Chirinsky" <EChirinsky@mcdiabetics.com>
Cc:
Subject: Re: wire

Funds received, thank you!

Have informed Julian, who will make booking and get shipment away asap as per your instruction.
—— Original Message ——
From: Eric Chirinsky
To: rowan tree
Sent: Tuesday, September 05, 2006 4:22 PM
Subject: RE: wire

Have a good night. Talk to you tomorrow.

Best Regards,

Eric Chirinsky

MC Distributors LLC

MCD 009725

12/9/2006

Re: wire

6531 Park of Commerce Blvd Suite 150

Boca Raton, Fl 33487

561-994-2153 ext 23

Fax 561-995-4814

---

From: rowan tree [mailto:rowantree@lantic.net]
Sent: Tuesday, September 05, 2006 10:10 AM
To: Eric Chirinsky
Subject: Re: wire

Thanks - will let you know.

Expect further delivery tomorrow. Will forward details as soon as I have confirmation.

----- Original Message -----

From: Eric Chirinsky

To: rowan tree

Sent: Tuesday, September 05, 2006 4:01 PM

Subject: wire

Derek,

Wire has been made please confirm once received. Talk to you soon.

Best Regards,

Eric Chirinsky

MC Distributors LLC

6531 Park of Commerce Blvd Suite 150

Boca Raton, Fl 33487

561-994-2153 ext 23

Fax 561-995-4814

MCD 009726

12/9/2006

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Wednesday, April 12, 2006 10:44 AM |
| **To:** | 'rowan tree' |
| **Subject:** | RE: shipments and trip |

Derek,

Just checking in still in the Bahamas, moved out a lot of what I had in stock on basic 50ct so in a better position to take when your product arrives. Just waiting to hear your confirmation, also presently need ultra 50ct and ultra 100ct. can you give me an idea of when this should be coming so I can buy accordingly. Hope all is well talk to you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Friday, April 07, 2006 4:49 PM
**To:** Eric Chirinsky
**Subject:** Re: shipments and trip

Could be getting approx 7 - 10 000 x 50's of the Basic within a few days, and thereafter should be getting approx 3-4 000 x 100's, but only by early May. From there onwards I could request only the 100's.

Thanks for pricing on Lancets. Will revert asap.

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Friday, April 07, 2006 10:36 PM
**Subject:** RE: shipments and trip

Target on the Basic 50ct would be $24, Target for the Basic 100ct would be $54, What qty's and items are you expecting in the near future. Target on the Lancets would be $4.50. On the Basic 50ct vol. just does not seem to be good and will prob. end up using them for some customers that ship direct to patients base and end users so there would be no exposure and we could get rid of the item.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Friday, April 07, 2006 4:27 PM
**To:** Eric Chirinsky
**Subject:** Re: shipments and trip

MCD 009895

12/9/2006

Hi Eric,

I will try to focus on the Basic x 100's, in stead of the 50's.
However, on the first delivery, I think I will be getting 50's, which I probably would have to take with a view to the future.
What would be your target pricing for the 50's, and for the 100's?

Re U lancets :  target pricing?

I will let you know about flight details, etc asap.

Have a good trip and enjoy!!!

Derek

------ Original Message ------
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Friday, April 07, 2006 6:20 PM
**Subject:** shipments and trip

Derek,

If we have an opportunity on the One Touch Basic to get 100ct r vs the 50ct it would be much better for us,
Also want to make a reservation for you while here visiting, I will meet you at the airport just send me your flight details when ready.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

MCD 009896

12/9/2006

## Eric Chirinsky

**From:** Eric Chirinsky
**Sent:** Monday, January 30, 2006 9:41 AM
**To:** 'rowan tree'
**Subject:** RE: ultra 100ct

Derek,

It is confirmed, I look forward to you receiving the item. Please let me know a fax # where I should send my purchase order. Hope all is well talk to you soon. The other item is widely avail in the local market $26-$27 range it is a difficult sale, I am not sure of what sort of discounts you may be able to get at the right price it may move, but not sure it would be the vol we would both like.

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Monday, January 30, 2006 7:37 AM
**To:** Eric Chirinsky
**Subject:** Fw: ultra 100ct

Hi Eric,

We are close to having to make payment to our supplier re the U x 100's which you are interested in.

I have requested 10 000 units x 100 as per your indication.

Kindly revert re the current status and if still positive, please send your PO straight away.  I will then go ahead and make payment my side.  We should receive the product within 10 -15 days after I have made payment.

Looking forward to your response.

Derek

----- Original Message -----
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Thursday, January 12, 2006 6:27 PM
**Subject:** RE: ultra 100ct

Derek,

I confirm that we will be able to take the 10k units at $64. Let me know as it proceeds

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Thursday, January 12, 2006 10:57 AM
**To:** Eric Chirinsky
**Subject:** Re: ultra 100ct

Hi Eric,

I have just received news from my supplier that we might very well be able to get the U 100's in the near

MCD 009936

future, probably towards the end of January.

As I will be getting this especially for you, I would like to confirm that indeed you will be taking up to 10 000 units over every 4 to 6 week cycle, at $64.00 / unit.

Please consider your end and revert .

Best regards

Derek


---— Original Message -—
From: Eric Chirinsky
To: rowan tree
Sent: Monday, January 09, 2006 9:12 PM
Subject: ultra 100ct

Derek,

Also the One Touch Ultra 100ct is in very high demand right now presently paying $64 and could use at least 10k at a time.

Bd make an it item called
Item # 367283 23g Blood Collection w/ safety lock pack 4/50 we pay $110 US A CS CAN USE 1-2K CS AT A TIME


CONFIDENTIAL

MCD 009937

**Eric Chirinsky**

**From:**      Eric Chirinsky
**Sent:**      Monday, January 30, 2006 11:07 AM
**To:**        'rowan tree'
**Subject:** RE: ultra 100ct

FAXING NOW

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Monday, January 30, 2006 10:41 AM
**To:** Eric Chirinsky
**Subject:** Re: ultra 100ct

Hi Eric,

Fax nr :  +27 12 662 1781.

—— Original Message ——
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Monday, January 30, 2006 4:41 PM
**Subject:** RE: ultra 100ct

Derek,

It is confirmed, I look forward to you receiving the item. Please let me know a fax # where I should send my
purchase order. Hope all is well talk to you soon. The other item is widely avail in the local market $26-$27
range it is a difficult sale, I am not sure of what sort of discounts you may be able to get at the right price it may
move, but not sure it would be the vol we would both like.

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Monday, January 30, 2006 7:37 AM
**To:** Eric Chirinsky
**Subject:** Fw: ultra 100ct

Hi Eric,

We are close to having to make payment to our supplier re the U x 100's which you are interested in.

I have requested 10 000 units x 100 as per your indication.

Kindly revert re the current status and if still positive, please send your PO straight away.  I will then go ahead
and make payment my side.  We should receive the product within 10 -15 days after I have made payment.

Looking forward to your response.

Derek

—— Original Message ——
**From:** Eric Chirinsky

12/9/2006

MCD 009938

**To:** rowan tree
**Sent:** Thursday, January 12, 2006 6:27 PM
**Subject:** RE: ultra 100ct

Derek,

I confirm that we will be able to take the 10k units at $64. Let me know as it proceeds

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Thursday, January 12, 2006 10:57 AM
**To:** Eric Chirinsky
**Subject:** Re: ultra 100ct

Hi Eric,

I have just received news from my supplier that we might very well be able to get the U 100's in the near future, probably towards the end of January.

As I will be getting this especially for you, I would like to confirm that indeed you will be taking up to 10 000 units over every 4 to 6 week cycle, at $64.00 / unit.

Please consider your end and revert .

Best regards

Derek

----- Original Message -----
**From:** Eric Chirinsky
**To:** rowan tree
**Sent:** Monday, January 09, 2006 9:12 PM
**Subject:** ultra 100ct

Derek,

Also the One Touch Ultra 100ct is in very high demand right now presently paying $64 and could use at least 10k at a time.

Bd make an it item called
Item # 367283 23g Blood Collection w/ safety lock pack 4/50 we pay $110 US A CS CAN USE 1-2K CS AT A TIME

CONFIDENTIAL

MCD 009939

**Eric Chirinsky**

| | |
|---|---|
| **From:** | Eric Chirinsky |
| **Sent:** | Tuesday, March 21, 2006 3:59 PM |
| **To:** | 'rowan tree' |
| **Subject:** | RE: Ultra |

18000 ultra 100ct monthly
9000 ultra 50ct monthly target $30.75

Also would add a mix of Surestep 50ct (2k) and 100ct (1008) as well One Touch profile 50ct (5k) and 100ct (3k).

Would like to discuss further in person, but this is what I am thinking. If possible would be nice to break into bi/monthly.

Best Regards,
Eric Chirinsky
MC Distributors LLC
6531 Park of Commerce Blvd Suite 150
Boca Raton, Fl 33487
561-994-2153 ext 23
Fax 561-995-4814

**From:** rowan tree [mailto:rowantree@lantic.net]
**Sent:** Tuesday, March 21, 2006 3:14 PM
**To:** Eric Chirinsky
**Subject:** Ultra

Hi Eric,

Re the Ultra situation,  what is your expectation for the market in the next approx six months?  Should I try to focus on getting the 100's, or would you prefer to receive also some 50's again?

What would be your ideal monthly uptake (on both)?

What is your current target pricing on the 50's?

Regards

12/9/2006

MCD 010030

# Eric Chirinsky

**From:**    Eric Chirinsky
**Sent:**    Monday, October 09, 2006 12:10 PM
**To:**      'Julian Roman'
**Cc:**      'rowan tree'
**Subject:** RE: pics for new shipment

Julian,

Everything looks good. Today is a bank holiday. Wire will go out first thing in the morning. Please do two separate airways bills one for the contour items and one for the one touch ultra item. Thank you. Talk to you soon.

Best Regards,
Eric Chirinsky
MC Distributors LLC
2501 NW 34TH Suite 35
Pompano Beach 33064
954-691-0750 ext 230
Fax 954-691-0755

**From:** Julian Roman [mailto:jroman@baxglobal.com]
**Sent:** Monday, October 09, 2006 9:11 AM
**To:** Eric Chirinsky
**Cc:** Colleen Barthies; Allison Gay; Stephanie Hayes; Carolyn Rice; Arlene Amador; Joe Lluhi; rowantree@lantic.net
**Subject:** pics for new shipment

herewith pictures of shipment received this afternoon
671 ctns of ultra strips
359 ctns 7090a
41  ctn 7080a

4 pallets
weight : 975 kgs

NB : 1 pallet has 95 ctns of ultra strip - additional 7090 & 7080 ctns as well - can we ship this pallet mixed or must it be sent 1 product per pallet.

awaiting your reply ,instruction .

thank you

Bax Global Pty ltd
57 Aviation crescent
Airport city
cape town
tel no : +27213803200
fax no : +27213865998
e-mail : jroman@baxglobal.com

12/9/2006

MCD 009495