

ATTORNEYS AT LAW

October 7, 2009

*Please reply to Fort Lauderdale Office*

**Filed Electronically**

Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Johnson & Johnson and LifeScan, Inc. v. South Pointe Wholesale, Inc. et al.* 08 Civ. 1297 (SLT) (SMG)

Dear Judge Gold:

      The undersigned represents John Cornillie and CAMS in the above-referenced action. We hereby request permission to participate in the status conference scheduled for November 3, 2009 at 10:00 a.m. via telephone.

      Please let us know if that is acceptable.

                    Yours truly,

                    /s/ CHRISTOPHER PEREZ-GURRI

CPG/dkp

FORT LAUDERDALE: 101 NE 3rd Avenue, Suite 1110 ♦ Ft. Lauderdale, Florida 33301-1169 ♦ Phone: 954-764-4445 ♦ Fax: 954-764-4989
MIAMI BEACH: 300 71st Street, Suite 405 ♦ Miami Beach, Florida 33141 ♦ Phone: 305-866-7551 ♦ Fax: 305-866-7063
MIAMI: Ingraham Building ♦ 25 S.E. 2nd Avenue ♦ Suite 1150 ♦ Miami, Florida 33131-1506 ♦ Phone: 305-373-5444 ♦ Fax: 305-373-0039
Web: www.hermeleegeffin.com