# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

———

**www.wilsonelser.com**

November 18, 2009

**VIA ECF**

Honorable Chief Magistrate Judge Steven Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Johnson & Johnson, et al. v. South Pointe Wholesale, et al.*
           Case No.    :    08 Civ. 1297 (SLT)(SMG)
           Our File No.  :    11361.00001

Dear Magistrate Judge Gold:

On behalf of Dennis Cantor and Novex America Inc. d/b/a Novex International ("Defendants"), we write to request the Court's permission to submit this letter in response to Johnson & Johnson's and Lifescan, Inc.'s ("Plaintiffs") November 13, 2009 letter regarding documents seized from Defendants.

As an initial matter, Defendants object to the late reply filed by Plaintiffs, which, pursuant to Local Civil Rule 37.3, should have been filed within 3 days of Defendants' letter. As Defendants' letter was filed on November 4, 2009 (Docket Entry 459), Plaintiffs letter of November 13, 2009 is untimely.

Leaving aside the un-timeliness of their response, Defendants will address the substance of Plaintiffs' letter. Defendants identified documents seized by Plaintiffs that are outside the scope of the Seizure Order, and asked that they be returned or destroyed. Plaintiffs now ask to retain a portion of the identified documents, claiming that your Honor ruled on their relevancy or that they are otherwise relevant to this case. The issue, however, is not the relevancy of the documents identified by Plaintiffs but the manner in which they were obtained.

Plaintiffs had no right to retain these documents under the Seizure Order. If Plaintiffs now want possession of them, they should be required to make ordinary discovery demands. This would provide Defendants the opportunity to object to demands where appropriate and to provide Plaintiffs with redacted materials to limit the disclosure of trade secrets and non-responsive information.

Plaintiffs do not dispute that the majority of the documents identified for destruction are outside the scope of the Seizure Order. Plaintiffs, however, identify 1,953 of such documents that

2586870.1

they claim they are entitled to retain. Upon review of these documents, Defendants have not identified any that they believe are clearly within the scope of the Seizure Order.

Within in these 1,953 pages, Plaintiffs' have identified 674 pages of Defendants' bank records and ledgers as being within the scope of the Seizure Order. These records are not within said scope. However, to the extent that small selections of these pages memorialize other records that are within the scope of the Seizure Order, Defendants are willing to reconsider the status of such select pages. Thus, Defendants will await Plaintiffs' complete review of the seized materials with the expectation that the number of ledger and bank records pages identified for retention will be substantially smaller than those identified in Plaintiffs' current exhibit. At that time, Defendants will review these materials to ensure Plaintiffs' compliance with the Seizure Order. Attached to this letter as **Exhibit A** is a modified Proposed Order, altering the listing of documents identified for immediate return or destruction to omit these materials pending Plaintiffs' comprehensive review.

The other 1,306 pages identified by Plaintiffs are clearly not within the scope of the Seizure Order. A chart detailing the documents Plaintiffs wish to retain that are outside the scope of the Seizure Order, and their general contents, is attached to this letter as **Exhibit B**. As the Court will note, included in the documents Plaintiffs wish to retain are, once again, <u>over 150 pages of medical records relating to Mr. Cantor and his family members, including his minor children</u>. The inclusion of these materials suggests to Defendants that Plaintiffs have not conducted a serious review of Defendants' materials. Not only do Defendants expect the destruction or return of these approximately 150 pages, but expect that Plaintiffs' upcoming review and disclosure will be performed with greater care for detail.

Plaintiffs make three specific requests in their recent letter. They first ask that Defendants provide them with redacted "divider" pages to place in their records. Defendants will provide such pages, and expect to receive written confirmation thereafter that all non-redacted copies of these divider pages in Plaintiffs' possessions have been returned to Defendants or destroyed.

Plaintiffs next ask to retain documents this Court allegedly ruled are relevant during Defendants' deposition. Plaintiffs attach a portion of this case's docket allegedly showing the Court's Order ruling that these documents are relevant; however, this Order states no such thing. The Court's Order of September 25, 2009, related to the relevancy of oral questions posed during Defendants' deposition – it did not relate the relevancy of any specific documents. The documents Plaintiffs refer to are outside the scope of the Seizure Order, and to the extent they desire possession of such documents, they should be required to make an ordinary discovery demand requesting them.

Finally, Plaintiffs ask permission to retain a catalog of materials previously identified by Defendants as being outside the scope of the Seizure Order. Plaintiffs claim that the identified documents relate to "the timing and the flow of money in and out of Novex." Even if all of the identified documents were "relevant" to this case under Rule 26 – which they are not – such relevancy is not the same as being within the scope of the Seizure Order. As detailed above, many of the documents in Plaintiffs' catalog are outside the scope of said Order, and such documents should be returned to Defendants or destroyed.

As to the requested treatment of the computer drives seized from Defendants, Plaintiffs have offered to return these drives with the understanding that any future discovery requests made by Plaintiffs will include a search of these drives. Defendants are willing to agree to these

terms. Upon receipt of the imaged hard-drives from Plaintiffs, and written confirmation that all copies of said hard drives and the materials contained thereon have been returned or destroyed by Plaintiffs, Defendants will preserve a copy of said hard drive until the closure of all civil and criminal cases regarding the goods identified in the Sixth Amended Complaint.

At this juncture, Defendants request that the Court require Plaintiffs to comply with the Seizure Order and this Court's prior Order, by deleting the documents identified by Defendants as being outside the scope of the Seizure Order within 5 days, and by completing Plaintiffs' independent review of the seized materials for compliance with the Seizure Order by November 23, 2009. A Modified Proposed Order to this effect is attached hereto as **Exhibit A**. Changes to the original Proposed Order have been made to more comprehensively address the issues presented. To the extent that Plaintiffs would like to seek discovery related to any of the materials directed for destruction, they should be free to do so through the ordinary discovery process, with Defendants retaining their right to object to disclosure.

Thank you in advance for your attention and anticipated cooperation with respect to this request. If you would like further information, or would like to schedule a conference to discuss this issue, please let us know.

Respectfully submitted,

WILSON, ELSER. MOSKOWITZ. EDELMAN & DICKER LLP

Adam R. Bialek

cc:   Geoffrey Potter, Esq.
      Patterson Belknap Webb & Tyler, LLP
      Attorneys for Plaintiffs (via e-mail)

      All Counsel of Record (via ECF)

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON AND LIFESCAN, INC. | Case No.: 08 Civ. 1297 (SLT)(SMG) |
| Plaintiffs, | [MODIFIED PROPOSED] ORDER |
| - against - | |
| SOUTH POINTE WHOLESALE, INC., ET AL., | |
| Defendants. | |

## [MODIFIED PROPOSED] ORDER

Upon consideration of Defendants Dennis Cantor's and Novex America Inc. d/b/a Novex International's ("Defendants") request, IT IS HEREBY ORDERED:

1.     That within 5 days of the entry of this Order, all parties to this action in possession of material seized from Defendants' premises on April 14, 2008, marked as Bates Numbers NOV000001 through NOV040460 or consisting of imaged computer drives seized from Defendants, shall return to Defendants or permanently delete or destroy all copies of said the documents or computer files designated in the attached **Exhibit 1**, whether electronic or paper, and provide Defendants with written confirmation that the identified files and any copies thereof (including hard copies of files) have been deleted and/or destroyed.

2.     Plaintiffs Johnson & Johnson and Lifescan, Inc. ("Plaintiffs") must complete their review of the materials seized from Defendants by November 23, 2009, by providing Defendants with a copy of all materials originally seized from Defendants that are within the scope of the Seizure Order, returning or permanently deleting all copies of the materials that are not included in such copy that are in Plaintiffs' possession, and providing Defendants with written confirmation that such materials have been so treated, and that Plaintiffs have not retained any materials not identified as within the scope of the Seizure Order.

3.      Defendants may submit the listing, and/or any amended or modified version thereof, to the Court to be designated as identifying materials outside the scope of the Seizure Order to be treated in accordance with this Order.

4.      To the extent that, after receipt of Plaintiffs' listing of materials that have been deleted or returned in accordance with this Order, Defendants believe that Plaintiffs have maintained seized materials that were outside the scope of the Seizure Order, Plaintiffs and Defendants shall conduct a meet and confer and attempt to resolve such disagreement. Should Plaintiffs and Defendants fail to resolve such disagreement during said meet and confer, the parties may seek Court intervention.

5.      Parties in this action that wish may serve discovery requests on Defendants that may include materials identified in Exhibit 1, subject to Defendants' right to object to said discovery requests on any valid basis.

Entered this __th day of November, 2009.


_____

UNITED STATES MAGISTRATE JUDGE

2586870.1

# EXHIBIT 1

## Hard Document Index

The following documents, identified by Bates number range, are outside the scope of the Seizure Order, and shall be returned to Defendant or destroyed, in accordance with the covering Order.

| Start NOV00 | End NOV00 | Category | Description |
|---|---|---|---|
| 2102 | | Mother | Evelyn S. Cantor Trust |
| 2176 | | Novex | Banking Online Payment Summary |
| 2399 | | Personal | Correspondence |
| 2479 | | Mother | Evelyn S. Cantor Trust |
| 2484 | | Personal | Dennis & Rita Cantor Living Trust |
| 2619 | | Personal | Banking |
| 2762 | | Novex | Defined Benefit Pension Plan |
| 2879 | | Personal | Correspondence |
| 3142 | | Personal | Correspondence |
| 3600 | 4000 | Personal | Home Renovation |
| 4559 | 5070 | Novex | Defined Benefit Pension Plan |
| 5071 | 5356 | Novex | Payroll |
| 5518 | 6000 | Novex | Defined Benefit Pension Plan |
| 6001 | 6886 | Novex | Defined Benefit Pension Plan |
| 7376 | | Personal | Dennis & Rita Cantor Living Trust |
| 7382 | | Personal | Dennis & Rita Cantor Living Trust |
| 7794 | | Personal | Medical |
| 7922 | | Novex | Tax Return |
| 7929 | | Novex | Tax Return |
| 7960 | | Personal | Dennis & Rita Cantor Living Trust |
| 8073 | | Personal | Dennis & Rita Cantor Living Trust |
| 8078 | | Personal | Dennis & Rita Cantor Living Trust |
| 8084 | | Personal | Dennis & Rita Cantor Living Trust |
| 8091 | | Novex | Defined Benefit Pension Plan |
| 8415 | | Personal | Life Insurance |
| 8421 | | Personal | Life Insurance |
| 8424 | | Personal | Life Insurance |
| 8442 | | Novex | Defined Benefit Pension Plan |
| 8446 | | Personal | Life Insurance |
| 8459 | | Personal | Life Insurance |
| 8465 | | Personal | Life Insurance |
| 8471 | | Personal | Life Insurance |
| 8477 | | Personal | Life Insurance |
| 8484 | | Personal | Life Insurance |
| 8490 | | Personal | Life Insurance |
| 8512 | | Personal | Banking |
| 8558 | | Novex | Defined Benefit Pension Plan |
| 9106 | | Personal | Dennis & Rita Cantor Living Trust |
| 9289 | | Personal | Correspondence |
| 9358 | | Personal | Correspondence |
| 9366 | | Personal | Correspondence |
| 9373 | | Personal | Correspondence |
| 9471 | | Personal | Life Insurance |
| 9816 | | Personal | Life Insurance |

| | | | |
|---|---|---|---|
| 9886 | | Personal | Correspondence |
| 9978 | | Personal | Dennis & Rita Cantor Living Trust |
| 9983 | | Personal | Dennis & Rita Cantor Living Trust |
| 10167 | 10633 | Novex | Receipts |
| 11244 | | Personal | Rental Lease |
| 11249 | | Personal | Rental Lease |
| 11381 | | Personal | Correspondence |
| 11578 | | Mother | Evelyn S. Cantor Trust |
| 11580 | | Mother | Evelyn S. Cantor Trust |
| 11582 | | Mother | Evelyn S. Cantor Trust |
| 11591 | | Personal | Home Renovation |
| 11598 | | Personal | Home Renovation |
| 11599 | | Personal | Home Renovation |
| 11745 | | Novex | American Express Statement |
| 11848 | | Novex | Tax Return |
| 12057 | | Novex | Defined Benefit Pension Plan |
| 12099 | | Personal | Household Expenses |
| 12867 | | Personal | Medical |
| 13263 | | Personal | Home Renovation |
| 13805 | | Novex | Payroll |
| 14064 | | Novex | Defined Benefit Pension Plan |
| 14165 | | Personal | Life Insurance |
| 14216 | | Personal | Life Insurance |
| 14245 | | Novex | Defined Benefit Pension Plan |
| 14432 | | Personal | Life Insurance |
| 14437 | | Personal | Life Insurance |
| 14445 | | Personal | Life Insurance |
| 15125 | | Novex | American Express Statement |
| 15330 | | Personal | Dennis & Rita Cantor Living Trust |
| 15333 | | Personal | Dennis & Rita Cantor Living Trust |
| 15506 | | Personal | Dennis & Rita Cantor Living Trust |
| 15510 | | Personal | Dennis & Rita Cantor Living Trust |
| 15943 | | Personal | Dennis & Rita Cantor Living Trust |
| 15951 | | Personal | Dennis & Rita Cantor Living Trust |
| 16094 | | Personal | Medical |
| 16104 | | Personal | Medical |
| 16549 | | Personal | Dennis & Rita Cantor Living Trust |
| 16554 | | Personal | Dennis & Rita Cantor Living Trust |
| 16557 | | Personal | Dennis & Rita Cantor Living Trust |
| 16595 | | Novex | Defined Benefit Pension Plan |
| 16642 | | Personal | VISA Statement |
| 16661 | | Personal | Tax Return |
| 16665 | | Personal | Tax Return |
| 16667 | | Personal | Tax Return |
| 16841 | | Personal | Dennis & Rita Cantor Living Trust |
| 16847 | | Personal | Dennis & Rita Cantor Living Trust |
| 16858 | | Personal | Dennis & Rita Cantor Living Trust |
| 16897 | | Personal | Life Insurance |
| 16903 | | Novex | Defined Benefit Pension Plan |
| 16909 | | Novex | Defined Benefit Pension Plan |
| 16979 | | Personal | Dennis & Rita Cantor Living Trust |
| 16985 | | Personal | Dennis & Rita Cantor Living Trust |
| 16987 | | Personal | Dennis & Rita Cantor Living Trust |

| | | | |
|---|---|---|---|
| 17094 | | Personal | Dennis & Rita Cantor Living Trust |
| 17100 | | Personal | Dennis & Rita Cantor Living Trust |
| 17108 | | Personal | Dennis & Rita Cantor Living Trust |
| 17228 | | Personal | Life Insurance |
| 17234 | | Personal | Life Insurance |
| 17337 | | Personal | Home Renovation |
| 17767 | | Personal | Dennis & Rita Cantor Living Trust |
| 17778 | | Personal | Dennis & Rita Cantor Living Trust |
| 17951 | | Personal | Correspondence |
| 18180 | | Personal | Dennis & Rita Cantor Living Trust |
| 18185 | | Personal | Dennis & Rita Cantor Living Trust |
| 18197 | | Personal | Dennis & Rita Cantor Living Trust |
| 18205 | | Personal | Auto Title |
| 18288 | | Personal | Dennis & Rita Cantor Living Trust |
| 18294 | | Personal | Dennis & Rita Cantor Living Trust |
| 18302 | | Personal | Dennis & Rita Cantor Living Trust |
| 18376 | | Personal | Correspondence |
| 18384 | | Personal | Correspondence |
| 18385 | | Personal | Correspondence |
| 18440 | | Novex | Defined Benefit Pension Plan |
| 18445 | | Personal | Life Insurance |
| 18472 | | Personal | Life Insurance |
| 18477 | | Personal | Life Insurance |
| 18528 | | Novex | Receipts |
| 19488 | | Novex | Defined Benefit Pension Plan |
| 19608 | | Personal | Photos of my home |
| 19637 | | Personal | Trailer for sale |
| 19656 | | Personal | Trailer for sale |
| 19974 | | Personal | Trailer for sale |
| 19981 | | Personal | Dennis & Rita Cantor Living Trust |
| 19991 | | Personal | Dennis & Rita Cantor Living Trust |
| 20227 | | Personal | Dennis & Rita Cantor Living Trust |
| 20237 | | Personal | Correspondence |
| 20354 | | Mother | Evelyn S. Cantor Trust |
| 20499 | | Personal | Life Insurance |
| 20504 | | Personal | Life Insurance |
| 20510 | | Personal | Life Insurance |
| 20544 | | Personal | Life Insurance |
| 20549 | | Personal | Life Insurance |
| 20555 | | Personal | Life Insurance |
| 20561 | | Personal | Life Insurance |
| 20726 | | Personal | Home Renovation |
| 20802 | | Personal | Correspondence |
| 20969 | | Personal | Dennis & Rita Cantor Living Trust |
| 20975 | | Personal | Dennis & Rita Cantor Living Trust |
| 20986 | | Personal | Dennis & Rita Cantor Living Trust |
| 21005 | | Novex | Computer repair |
| 21049 | 21085 | Novex | Baxter |
| 21138 | | Personal | Dennis & Rita Cantor Living Trust |
| 21141 | 21160 | Novex | Baxter |
| 21162 | | Personal | Dennis & Rita Cantor Living Trust |
| 21172 | | Personal | Dennis & Rita Cantor Living Trust |
| 21437 | | Personal | Life Insurance |

| | | | |
|---|---|---|---|
| 21608 | | Novex | Defined Benefit Pension Plan |
| 21735 | | Personal | Home Renovation |
| 21799 | | Novex | Defined Benefit Pension Plan |
| 21805 | | Novex | Defined Benefit Pension Plan |
| 21876 | | Novex | American Express Statement |
| 21925 | | Personal | Life Insurance |
| 21929 | | Personal | Life Insurance |
| 21933 | | Personal | Life Insurance |
| 22030 | | Personal | Life Insurance |
| 22036 | | Personal | Life Insurance |
| 22043 | | Personal | Life Insurance |
| 22049 | | Personal | Life Insurance |
| 22055 | | Personal | Life Insurance |
| 22104 | 22107 | Novex | Non-Disclosure Agreement |
| 22129 | | Novex | Tax Return |
| 22600 | 22718 | Novex | Chay - Excelsior strip |
| 23017 | 23052 | Personal | Photos of former business associates |
| 23056 | | Personal | Home Renovation |
| 23203 | | Personal | Dennis & Rita Cantor Living Trust |
| 23208 | | Personal | Dennis & Rita Cantor Living Trust |
| 23357 | 22358 | Personal | Life Insurance |
| 23363 | | Personal | Life Insurance |
| 23369 | | Personal | Life Insurance |
| 23585 | | Personal | Dennis & Rita Cantor Living Trust |
| 23599 | | Mother | Evelyn S. Cantor Trust |
| 23694 | | Personal | Correspondence |
| 23698 | | Personal | Correspondence |
| 23760 | | Personal | Tax Return |
| 23876 | | Personal | Life Insurance |
| 23925 | | Personal | Correspondence |
| 23955 | | Personal | Dennis & Rita Cantor Living Trust |
| 23968 | | Personal | Dennis & Rita Cantor Living Trust |
| 24248 | | Personal | Tax Return |
| 24260 | | Personal | Dennis & Rita Cantor Living Trust |
| 24334 | | Personal | Home Renovation |
| 24377 | | Mother | Evelyn S. Cantor Trust |
| 24391 | 24492 | Novex | Attorney - Client |
| 25061 | | Personal | Dennis & Rita Cantor Living Trust |
| 25176 | | Personal | Correspondence |
| 25228 | | Personal | Life Insurance |
| 25233 | | Personal | Life Insurance |
| 25238 | | Personal | Life Insurance |
| 25455 | | Personal | Correspondence |
| 25460 | | Novex | Defined Benefit Pension Plan |
| 25465 | | Novex | Defined Benefit Pension Plan |
| 25491 | | Personal | Dennis & Rita Cantor Living Trust |
| 25496 | | Personal | Dennis & Rita Cantor Living Trust |
| 25502 | | Personal | Dennis & Rita Cantor Living Trust |
| 25519 | | Personal | Dennis & Rita Cantor Living Trust |
| 25524 | | Personal | Dennis & Rita Cantor Living Trust |
| 25743 | | Personal | Dennis & Rita Cantor Living Trust |
| 25749 | | Personal | Dennis & Rita Cantor Living Trust |
| 25760 | | Personal | Dennis & Rita Cantor Living Trust |

| | | |
|---|---|---|
| 25808 | Personal | Dennis & Rita Cantor Living Trust |
| 25814 | Personal | Dennis & Rita Cantor Living Trust |
| 25824 | Personal | Dennis & Rita Cantor Living Trust |
| 25845 | Personal | Dennis & Rita Cantor Living Trust |
| 25851 | Personal | Dennis & Rita Cantor Living Trust |
| 25859 | Personal | Dennis & Rita Cantor Living Trust |
| 25871 | Personal | Dennis & Rita Cantor Living Trust |
| 25878 | Personal | Dennis & Rita Cantor Living Trust |
| 25898 | Personal | Dennis & Rita Cantor Living Trust |
| 25933 | Personal | Correspondence |
| 25939 | Personal | Home Renovation |
| 25947 | Personal | Correspondence |
| 25956 | Personal | Tax Return |
| 26055 | Personal | Dennis & Rita Cantor Living Trust |
| 26064 | Personal | Dennis & Rita Cantor Living Trust |
| 26130 | Novex | Attorney - Client |
| 26134 | Novex | Attorney - Client |
| 26182 | Novex | Non-Disclosure Agreement |
| 26184 | Novex | Non-Disclosure Agreement |
| 26192 | Novex | Non-Disclosure Agreement |
| 26336 | Personal | Dennis & Rita Cantor Living Trust |
| 26343 | Personal | Dennis & Rita Cantor Living Trust |
| 26355 | Personal | Dennis & Rita Cantor Living Trust |
| 26422 | Novex | Non-Disclosure Agreement |
| 26429 | Novex | Non-Disclosure Agreement |
| 26527 | Novex | American Express Statement |
| 26729 | Novex | American Express Statement |
| 26783 | Novex | American Express Statement |
| 26787 | Novex | American Express Statement |
| 26791 | Novex | American Express Statement |
| 26878 | Personal | Home Renovation |
| 26884 | Personal | Home Renovation |
| 26891 | Personal | Home Renovation |
| 26940 | Novex | American Express Statement |
| 26947 | Novex | American Express Statement |
| 27040 | Personal | Dennis & Rita Cantor Living Trust |
| 27045 | Personal | Dennis & Rita Cantor Living Trust |
| 27071 | Novex | American Express Statement |
| 27082 | Novex | American Express Statement |
| 27288 | Personal | Correspondence |
| 27357 | Personal | Life Insurance |
| 27402 | Personal | Life Insurance |
| 27408 | Personal | Life Insurance |
| 27415 | Personal | Life Insurance |
| 27438 | Personal | Life Insurance |
| 27444 | Personal | Life Insurance |
| 27507 | Personal | Home Renovation |
| 27513 | Personal | Life Insurance |
| 27519 | Personal | Life Insurance |
| 27529 | Personal | Life Insurance |
| 27574 | Novex | Non-Disclosure Agreement |
| 27585 | Mother | Evelyn S. Cantor Trust |
| 27589 | Mother | Evelyn S. Cantor Trust |

| | | |
|---|---|---|
| 27603 | Personal | Correspondence |
| 27668 | Personal | Correspondence |
| 27692 | Personal | Correspondence |
| 27698 | Mother | Evelyn S. Cantor Trust |
| 27710 | Mother | Evelyn S. Cantor Trust |
| 27787 | Mother | Evelyn S. Cantor Trust |
| 27799 | Mother | Evelyn S. Cantor Trust |
| 27806 | Personal | Life Insurance |
| 27823 | Novex | Defined Benefit Pension Plan |
| 27863 | Novex | Defined Benefit Pension Plan |
| 27973 | Novex | Tax Return |
| 28017 | Personal | Dennis & Rita Cantor Living Trust |
| 28022 | Personal | Dennis & Rita Cantor Living Trust |
| 28024 | Personal | Dennis & Rita Cantor Living Trust |
| 28060 | Novex | Tax Return |
| 28103 | Personal | Correspondence |
| 28109 | Personal | Correspondence |
| 28115 | Novex | Tax Return |
| 28129 | Novex | Defined Benefit Pension Plan |
| 28162 | Personal | Home Renovation |
| 28269 | Personal | Dennis & Rita Cantor Living Trust |
| 28275 | Personal | Dennis & Rita Cantor Living Trust |
| 28279 | Personal | Dennis & Rita Cantor Living Trust |
| 28330 | Personal | Dennis & Rita Cantor Living Trust |
| 28336 | Personal | Dennis & Rita Cantor Living Trust |
| 28342 | Personal | Dennis & Rita Cantor Living Trust |
| 28349 | Personal | Dennis & Rita Cantor Living Trust |
| 28356 | Personal | Dennis & Rita Cantor Living Trust |
| 28362 | Personal | Dennis & Rita Cantor Living Trust |
| 28376 | Personal | Correspondence |
| 28393 | Personal | Correspondence |
| 28474 | Personal | Dennis & Rita Cantor Living Trust |
| 28479 | Personal | Dennis & Rita Cantor Living Trust |
| 28487 | Personal | Dennis & Rita Cantor Living Trust |
| 28524 | Personal | Dennis & Rita Cantor Living Trust |
| 28526 | Personal | Dennis & Rita Cantor Living Trust |
| 28528 | Personal | Dennis & Rita Cantor Living Trust |
| 28880 | Personal | Dennis & Rita Cantor Living Trust |
| 28886 | Personal | Dennis & Rita Cantor Living Trust |
| 28891 | Personal | Dennis & Rita Cantor Living Trust |
| 28898 | Personal | Dennis & Rita Cantor Living Trust |
| 28904 | Personal | Dennis & Rita Cantor Living Trust |
| 28906 | Personal | Dennis & Rita Cantor Living Trust |
| 28942 | Personal | Dennis & Rita Cantor Living Trust |
| 28948 | Personal | Dennis & Rita Cantor Living Trust |
| 28956 | Personal | Dennis & Rita Cantor Living Trust |
| 28992 | Personal | Correspondence |
| 29123 | Personal | Home Renovation |
| 29147 | Mother | Evelyn S. Cantor Trust |
| 29226 | Personal | Life Insurance |
| 29269 | Personal | Life Insurance |
| 29436 | Novex | Defined Benefit Pension Plan |
| 29442 | Personal | Life Insurance |

| | | |
|---|---|---|
| 29479 | Personal | Life Insurance |
| 29492 | Personal | Life Insurance |
| 29605 | Personal | Correspondence |
| 29715 | Personal | Life Insurance |
| 29721 | Personal | Life Insurance |
| 29730 | Personal | Life Insurance |
| 29805 | Personal | Correspondence |
| 29816 | Personal | Correspondence |
| 29826 | Novex | Correspondence |
| 29856 | Personal | Correspondence |
| 30039 | Personal | Correspondence |
| 30596 | Novex | American Express Statement |
| 30806 | Personal | Home Renovation |
| 30875 | Personal | Correspondence |
| 30949 | Personal | Life Insurance |
| 30951 | Personal | Life Insurance |
| 30959 | Personal | Life Insurance |
| 31053 | Personal | Correspondence |
| 31590 | Personal | Home Renovation |
| 31595 | Personal | Home Renovation |
| 31599 | Personal | Home Renovation |
| 31950 | Personal | Tax Return |
| 31969 | Novex | Tax Return |
| 31977 | Personal | Dennis & Rita Cantor Living Trust |
| 32033 | Novex | Defined Benefit Pension Plan |
| 32526 | Personal | Correspondence |
| 32549 | Novex | Non-Disclosure Agreement |
| 33085 | Novex | American Express Statement |
| 33095 | Novex | Defined Benefit Pension Plan |
| 33100 | Novex | Defined Benefit Pension Plan |
| 33105 | Novex | Defined Benefit Pension Plan |
| 33141 | Personal | Life Insurance |
| 33146 | Personal | Life Insurance |
| 33148 | Personal | Life Insurance |
| 33276 | Personal | Household Expenses |
| 33508 | Novex | Tax Return |
| 33515 | Novex | Tax Return |
| 33561 | Novex | Non-Disclosure Agreement |
| 33589 | Personal | Home Renovation |
| 33731 | Novex | Defined Benefit Pension Plan |
| 33761 | Novex | Home Renovation |
| 33769 | Personal | Home Renovation |
| 33790 | Personal | Home Renovation |
| 33796 | Personal | Home Renovation |
| 33805 | Personal | Home Renovation |
| 33912 | Personal | Home Renovation |
| 33976 | Novex | American Express Statement |
| 34180 | Personal | Home Renovation |
| 34186 | Personal | Home Renovation |
| 34197 | Personal | Correspondence |
| 34216 | Personal | Home Renovation |
| 34246 | Novex | Non-Disclosure Agreement |
| 34332 | Personal | Correspondence |

| | | | |
|---|---|---|---|
| 34670 | 34681 | Novex | Non-Disclosure Agreement |
| 34684 | | Novex | Non-Disclosure Agreement |
| 34688 | | Novex | Non-Disclosure Agreement |
| 34837 | | Personal | Tax Return |
| 35030 | | Novex | Non-Disclosure Agreement |
| 35061 | | Personal | Correspondence |
| 35284 | 35308 | Personal | General Ledger |
| 35309 | 35475 | Personal | General Ledger |
| 35476 | 35538 | Personal | Receipts |
| 35539 | 35774 | Novex | Receipts |
| 35775 | 35998 | Novex | American Express Statement |
| 35999 | 36022 | Novex | American Express Statement |
| 36023 | 36070 | Novex | Defined Benefit Pension Plan |
| 36071 | 36084 | Novex | Tax Return |
| 36085 | 36121 | Novex | Defined Benefit Pension Plan |
| 36122 | 36200 | Personal | Bank Statements |
| 36206 | 36234 | Novex | Receipts |
| 36235 | 36262 | Personal | Tax Return |
| 36263 | 36390 | Novex | Payroll |
| 36391 | 36611 | Personal | Receipts |
| 36612 | 37166 | Personal | Receipts |
| 37167 | 37263 | Personal | Bank Statements |
| 37264 | 37299 | Novex | Defined Benefit Pension Plan |
| 37300 | 37336 | Personal | Tax Return |
| 37337 | 37376 | Personal | Tax Return |
| 37377 | 37405 | Personal | Tax Return |
| 37406 | 37425 | Personal | Tax Return |
| 37426 | 37454 | Personal | Tax Return |
| 37455 | 37488 | Personal | Tax Return |
| 37489 | 37515 | Personal | Tax Return |
| 37516 | 37551 | Personal | Tax Return |
| 37552 | 37585 | Personal | Tax Return |
| 37586 | 37604 | Personal | Tax Return |
| 37605 | 37627 | Personal | Tax Return |
| 37628 | 37674 | Personal | Tax Return |
| 37675 | 37692 | Personal | Tax Return |
| 37693 | 37733 | Personal | Tax Return |
| 37734 | 37751 | Personal | Tax Return |
| 37752 | 37774 | Personal | Tax Return |
| 37775 | 37786 | Personal | Tax Return |
| 37787 | 37807 | Personal | Tax Return |
| 37808 | 37838 | Personal | Tax Return |
| 37839 | 37871 | Personal | Tax Return |
| 37872 | 37991 | Personal | Divorce |
| 38140 | | Novex | Tax Return |
| 38505 | 38690 | Novex | Corporate Records |
| 38913 | | Novex | Tax Return |
| 39701 | | Novex | Non-Disclosure Agreement |
| 39758 | | Personal | Home Renovation |
| 39764 | | Personal | Correspondence |
| 40456 | 40460 | Novex | General Ledger |

**Computer Files Index**

All of the hard drives seized from Defendants were identical or substantially identical in contents. As such, the following instructions shall apply to all hard drives seized from Defendants, including a desktop computer, a laptop computer, at least three external hard drives, and any other hard drives seized by Plaintiffs, and all copies thereof.

The following computer files are found under the "My Computer" heading on the "C:" drive of the hard drives seized from Defendants. These files have been identified by Defendants as being outside the scope of the Seizure Order, and shall be permanently deleted from all copies of Defendants' hard drives that may be in the possession of any party to this matter.

**NOVEX FOLDER**

> **Accounting Sub-Folder**
>> Delete all folders and files contained in Accounting Sub-Folder.
>
> **Finance Sub-Folder**
>> Delete all folders and files contained in Finance Sub-Folder.
>
> **Insurance Sub-Folder**
>> Delete all folders and files contained in Insurance Sub-Folder.
>
> **Legal Sub-Folder**
>> Delete all folders and files contained in Legal Sub-Folder.
>
> **Office Sub-Folder**
>> Delete all folders and files contained in Office Sub-Folder.
>
> **Sales Sub-Folder**
>> Delete all folders and files contained in Sales.
>
> **WTCSD Sub-Folder**
>> Delete all folders and files contained in WTCSD.
>
> **Files Not in Sub-Folders**
>> Delete all other files under NOVEX FOLDER not contained in a sub-folder.

**CHAOS DATA FOLDER**

> **T&C Julian Sub-Folder**.
>> Delete all data.  Personal & family information only.

**CONSUMER GOODS FOLDER**
> Delete all folders and files contained in CONSUMER GOODS Folder.

**DIABETES FOLDER**
> Delete all folders and files contained in DIABETES Folder.

**EFAX MESSENGER 4.3 FOLDER**
> Delete all folders and files contained in EFAX MESSENGER 4.3 Folder.

**FAMILY FOLDER**
> Delete all folders and files contained in FAMILY Folder.

**FOODS FOLDER**
Delete all folders and files contained in FOODS Folder.

**MEDICAL FOLDER**
Delete all folders and files contained in MEDICAL Folder.

**MY ALBUMS FOLDER**
Delete all folders and files contained in MY ALBUMS Folder.

**MY BOOKS FOLDER**
Delete all folders and files contained in MY BOOKS Folder.

**MY EBOOKS FOLDER**
Delete all folders and files contained in EBOOKS Folder.

**MY MUSIC FOLDER**
Delete all folders and files contained in MY MUSIC Folder.

**MY PAPERPORT FOLDER**
Delete all folders and files contained in MY PAPERPORT Folder.

**MY PICTURES FOLDER**
Delete all folders and files contained in MY PICTURES Folder.

**MY VIDEOS FOLDER**
Delete all folders and files contained in MY VIDEOS Folder.

**QUICKBOOKS DATA FOLDER**
Delete all folders and files contained in QUICKBOOKS DATA Folder.

**RITA'S FOLDER**
Delete all folders and files contained in RITA'S Folder.

**SYMANTEC FOLDER**
Delete all folders and files contained in SYMANTEC Folder.

**SYNCTOYDATA FOLDER**
Delete all folders and files contained in SYNCTOYDATA Folder.

# EXHIBIT B

**Breakdown of Documents Identified by Plaintiffs For Retention**

The following list represents a breakdown of documents previously identified by Defendants for return or destruction which Plaintiffs have requested the right to retain. This catalog excludes the general ledger and bank account documents identified by Plaintiffs, a small portion of which may be within the scope of the Seizure Order. All documents listed below are outside the scope of the Seizure Order.

| Documents Outside Scope of Seizure Order | Description |
| --- | --- |
| 5071-5356 | General Payroll |
| 10167-10633 | Receipts – include medical records noted below |
| 10194 | Medical Record Rita Cantor |
| 10195 | Medical Record Rita Cantor |
| 10212 | Medical Record Rita Cantor |
| 10213 | Medical Record Rita Cantor |
| 10213 | Medical Record Rita Cantor |
| 10213 | Medical Record Rita Cantor |
| 10213 | Medical Record Rita Cantor |
| 10213 | Medical Record Rita Cantor |
| 10214 | Medical Record Rita Cantor |
| 10215 | Medical Record Rita Cantor |
| 10216 | Medical Record Rita Cantor |
| 10217 | Medical Record Rita Cantor |
| 10218 | Medical Record Rita Cantor |
| 10219 | Medical Record Dennis Cantor |
| 10221 | Medical Record Dennis Cantor |
| 10222 | Medical Record Rita Cantor |
| 10224 | Medical Record Rita Cantor |
| 10274 | Medical Record Rita Cantor |
| 10276 | Medical Record Rita Cantor |
| 10304 | Medical Record Rita Cantor |
| 10305 | Medical Record Rita Cantor |
| 10307 | Medical Record Rita Cantor |
| 10333 | Medical Record Rita Cantor |
| 10334 | Medical Record Rita Cantor |
| 10335 | Medical Record Rita Cantor |
| 10336 | Medical Record Rita Cantor |
| 10337 | Medical Record Rita Cantor |
| 10339 | Medical Record Rita Cantor |
| 10340 | Medical Record Rita Cantor |
| 10341 | Medical Record Rita Cantor |
| 10342 | Medical Record Rita Cantor |
| 10344 | Medical Record Rita Cantor |
| 10345 | Medical Record Rita Cantor |
| 10347 | Medical Record Rita Cantor |
| 10348 | Medical Record Laural Cantor |
| 10373 | Medical Record Rita Cantor |
| 10374 | Medical Record Rita Cantor |
| 10375 | Medical Record Rita Cantor |
| 10376 | Medical Record Rita Cantor |
| 10377 | Medical Record Rita Cantor |
| 10378 | Medical Record Rita Cantor |
| 10381 | Medical Record Rita Cantor |
| 10383 | Medical Record Rita Cantor |
| 10413 | Medical Record Rita Cantor |
| 10414 | Medical Record Rita Cantor |
| 10415 | Medical Record Rita Cantor |

| | |
|---|---|
| 10417 | Medical Record Rita Cantor |
| 10418 | Medical Record Rita Cantor |
| 10419 | Medical Record Rita Cantor |
| 10421 | Medical Record Laural Cantor |
| 10423 | Medical Record Laural Cantor |
| 10424 | Medical Record Laural Cantor |
| 10425 | Medical Record Rita Cantor |
| 10427 | Medical Record Rita Cantor |
| 10428 | Medical Record Rita Cantor |
| 10457 | Medical Record Rita Cantor |
| 10458 | Medical Record Rita Cantor |
| 10459 | Medical Record Rita Cantor |
| 10460 | Medical Record Rita Cantor |
| 10461 | Medical Record Rita Cantor |
| 10462 | Medical Record Rita Cantor |
| 10463 | Medical Record Laural Cantor |
| 10465 | Medical Record Laural Cantor |
| 10466 | Medical Record Rita Cantor |
| 10467 | Medical Record Rita Cantor |
| 10468 | Medical Record Rita Cantor |
| 10469 | Medical Record Rita Cantor |
| 10470 | Medical Record Rita Cantor |
| 10471 | Medical Record Rita Cantor |
| 10473 | Medical Record Dennis Cantor |
| 10475 | Medical Record Rita Cantor |
| 10477 | Medical Record Rita Cantor |
| 10503 | Medical Record Rita Cantor |
| 10504 | Medical Record Rita Cantor |
| 10505 | Medical Record Rita Cantor |
| 10506 | Medical Record Rita Cantor |
| 10507 | Medical Record Rita Cantor |
| 10511 | Medical Record Rita Cantor |
| 10512 | Medical Record Rita Cantor |
| 10516 | Medical Record Rita Cantor |
| 10517 | Medical Record Rita Cantor |
| 10519 | Medical Record Eva & Laural Cantor |
| 10519 | Medical Record Rita Cantor |
| 10520 | Medical Record Rita Cantor |
| 10522 | Medical Record Rita Cantor |
| 10555 | Medical Record Rita Cantor |
| 10557 | Medical Record Rita Cantor |
| 10558 | Medical Record Rita Cantor |
| 10559 | Medical Record Eva Cantor |
| 10561 | Medical Record Eva Cantor |
| 10563 | Medical Record Eva Cantor |
| 10566 | Medical Record Dennis Cantor |
| 10568 | Medical Record Rita Cantor |
| 10595 | Medical Record Rita Cantor |
| 10596 | Medical Record Rita Cantor |
| 10597 | Medical Record Rita Cantor |
| 10598 | Medical Record Rita Cantor |
| 10599 | Medical Record Rita Cantor |
| 10600 | Medical Record Rita Cantor |
| 10614 | Medical Record Rita Cantor |
| 10615 | Medical Record Rita Cantor |
| 10616 | Medical Record Rita Cantor |
| 10618 | Medical Record Rita Cantor |
| 10629 | Medical Record Rita Cantor |
| 10631 | Medical Record Rita Cantor |

| | |
|---|---|
| 22104 - 22107 | Non-Disclosure Agreement |
| 26182 | Non-Disclosure Agreement |
| 26184 | Non-Disclosure Agreement |
| 26192 | Non-Disclosure Agreement |
| 26422 | Non-Disclosure Agreement |
| 26429 | Non-Disclosure Agreement |
| 35539-35774 | Receipts – include medical records noted below |
| 35583 | Medical Record Rita Cantor |
| 35584 | Medical Record Rita Cantor |
| 35585 | Medical Record Rita Cantor |
| 35586 | Medical Record Rita Cantor |
| 35612 | Medical Record Rita Cantor |
| 35614 | Medical Record Rita Cantor |
| 35630 | Medical Record Dennis Cantor |
| 35639 | Medical Record Rita Cantor |
| 35641 | Medical Record Dennis Cantor |
| 35643 | Medical Record Rita Cantor |
| 35645 | Medical Record Rita Cantor |
| 35685 | Medical Record Rita Cantor |
| 35687 | Medical Record Rita Cantor |
| 35690 | Medical Record Rita Cantor |
| 35692 | Medical Record Rita Cantor |
| 35693 | Medical Record Rita Cantor |
| 35694 | Medical Record Rita Cantor |
| 35696 | Medical Record Dennis Cantor |
| 35698 | Medical Record Rita Cantor |
| 35701 | Medical Record Rita Cantor |
| 35703 | Medical Record Rita Cantor |
| 35704 | Medical Record Rita Cantor |
| 35706 | Medical Record Rita Cantor |
| 35707 | Medical Record Rita Cantor |
| 35726 | Medical Record Eva Cantor |
| 35728 | Medical Record Eva Cantor |
| 35730 | Medical Record Eva Cantor |
| 35741 | Medical Record Rita Cantor |
| 35743 | Medical Record Rita Cantor |
| 35744 | Medical Record Rita Cantor |
| 35751 | Medical Record Rita Cantor |
| 35753 | Medical Record Rita Cantor |
| 35754 | Medical Record Rita Cantor |
| 35755 | Medical Record Rita Cantor |
| 35759 | Medical Record Rita Cantor |
| 35761 | Medical Record Dennis Cantor |
| 35765 | Medical Record Rita Cantor |
| 35767 | Medical Record Dennis Cantor |
| 35768 | Medical Record Rita Cantor |
| 35769 | Medical Record Laural Cantor |
| 35771 | Medical Record Laural Cantor |
| 35773 | Medical Record Laural Cantor |
| 36263-36390 | General Payroll |
| 38505-38690 | Incorporation Records |