# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

November 25, 2009

**VIA ECF**

Honorable Chief Magistrate Judge Steven Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Johnson & Johnson, et al. v. South Pointe Wholesale, et al.*
        Case No.    :   08 Civ. 1297 (SLT)(SMG)
        Our File No.  :   11361.00001

Dear Magistrate Judge Gold:

   We write to request the adjournment of the telephone conference between Plaintiffs and Defendants Novex International and Dennis Cantor, scheduled with the Court on December 1, 2009. The parties jointly request that this conference be re-scheduled to take place on December 10, 2009, at 4:00 p.m. Your Honor's chambers has indicated that this time is available. No previous requests to adjourn this conference have been made.

   Please do not hesitate to contact us if your Honor has any questions.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Adam R. Bialek

cc:   All Counsel of Record (via ECF)

2575858.1