

Shane L. Keppner
(801) 438-2010
skeppner@btjd.com

December 10, 2009

**VIA ELECTRONIC FILING**

Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      ***RE:***    ***Johnson & Johnson and LifeScan, Inc. v. South Pointe Wholesale, Inc., et al.; Case No. 08 Civ. 1297***

Dear Judge Gold:

This firm represents Defendant MedSource Pharmaceutical, LLC in the above-referenced case. We request permission to participate in the status conference scheduled for January 7, 2010 at 2:00 p.m. via telephone.

Sincerely,

Shane L. Keppner

3165 East Millrock Drive
Suite 500
Salt Lake City, Utah
84121-4704

t **(801) 438-2000**
f **(801) 438-2050**
www.btjd.com