UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOHNSON & JOHNSON AND LIFESCAN, INC.,

                    Plaintiff(s),

      -against-

SOUTH POINTE WHOLESALE, INC., ET AL.,

                    Defendant(s).
-------------------------------------------------------------------------X

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

08 Civ. 1297 (SLT) (SMG)

Pursuant to F.R.C.P. 41(c), Defendants STERLING WHOLESALE, LLC and JEFFREY B. LITMAN, through their attorneys, hereby gives notice of the voluntary dismissal of their cross claims against Defendants GREEN VALLEY MEDICAL DISTRIBUTORS, LLC, RANDY CROWELL, H&H WHOLESALE SERVICES, INC., HOWARD GOLDMAN, MED-HEALTH DIRECT, INC., CHRISTOPHER HATTENBACH, NATIONAL DISTRIBUTION CORPORATION, CARLOS HERNANDEZ, PURITY WHOLESALE GROCERS, INC., JEFFREY LEVITETZ, SOUTH POINTE WHOLESALE, INC., JARROD SHIRLEY, STERLING DISTRIBUTORS and DEAN G. BERRY, without prejudice and without order of the Court.

Dated: New York, New York
       December 2, 2009

                                        CALLAN, KOSTER, BRADY & BRENNAN

                                        By: _____
                                        Marc R. Wilner, Esq. (MRW-2371)
                                        Attorneys for Defendants
                                        Sterling Wholesale, LLC
                                        and Jeffrey B. Littman
                                        One Whitehall Street 10th Floor
                                        New York, New York 10004
                                        (212) 248-8800
                                        File No.: 060.152180