**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN - 8 2010 ★

BROOKLYN OFFICE

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 7, 2010

Christos Yatrakis
Associate
(212) 336-2519
Direct Fax  (212) 336-7971
cyatrakis@pbwt.com

**By Hand**

Robert C. Heinemann, Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    **Johnson & Johnson, et al.  v. South Pointe Wholesale, Inc., et al.**
       **08 Civ 1297 (SLT) (SMG)**

Dear Mr. Heinemann:

We represent plaintiffs Johnson & Johnson and LifeScan, Inc. ("Plaintiffs") in the above entitled action.  During a conference with Magistrate Judge Gold on December 8, 2009, Judge Gold requested that we review the docket and inform you which defendants have settled with Plaintiffs and therefore are no longer defendants.  Some of these defendants, however, may still be third-party defendants resulting from claims asserted by other defendants.  Below is a list of defendants for which the Court has entered consent judgments dismissing them as defendants along with the docket entry number for the corresponding consent judgment.  Please correct the docket the reflect that the below parties are no longer defendants in the case.

| Parties | Docket Number of Consent Order | Date of Entry |
|---|---|---|
| Healthsource Disributors LLC Jerry L. Wolaski | 54 | 7/8/2008 |
| Brothers Trading Co., Inc. d/b/a Victory Wholesale Grocers | 486 | 12/14/2009 |

Please let me know if you have any questions or concerns.

Respectfully Yours,

Christos Yatrakis

3726517v.1