# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 8, 2010

Christos Yatrakis
Associate
(212) 336-2519
Direct Fax (212) 336-7971
cyatrakis@pbwt.com

**By ECF**

Honorable Sandra L. Townes
United States District Court
225 Cadman Plaza East
Courtroom 4 B S
Brooklyn, NY 11201

Re:   Johnson & Johnson, et al. v. South Pointe Wholesale Inc. et al,
      08-CV-1297 SLT)(SMG)

Dear Judge Townes:

      We represent plaintiffs Johnson & Johnson and LifeScan, Inc. and write with respect to Your Honor's Scheduling Order setting a pre-motion conference for January 28, 2010 at 11:30 a.m.

      We respectfully request that the Court briefly adjourn the pre-motion conference to either February 5, 22 or 23, 2010. Jonathon Hafen, counsel for Tyler and Timothy Farnes, has told us that he will not be available to attend the conference on January 28 as he has oral argument in a different matter before the Utah Court of Appeals. We have also conferred with counsel for Mr. Spanellis and the CAMS Defendants who have agreed to an adjournment.

Respectfully submitted,

Christos Yatrakis

cc:   Jonathan Hafen, Esq. (by e-mail)
      Alyssa Young, Esq. (by e-mail)
      Alan Geffin, Esq. (by e-mail)

3723682v.1