# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 20, 2010

Christos Yatrakis
Associate
(212) 336-2519
Direct Fax (212) 336-7971
cyatrakis@pbwt.com

**By ECF**
Honorable Sandra L. Townes
United States District Court
225 Cadman Plaza East
Courtroom 4 B S
Brooklyn, NY 11201

Re:   Johnson & Johnson, et al. v. South Pointe Wholesale Inc. et al,
      08-CV-1297 SLT)(SMG)

Dear Judge Townes:

We represent plaintiffs Johnson & Johnson and LifeScan, Inc. and write with respect to our request to adjourn the pre-motion conference currently scheduled for January 28, 2010 at 11:30 a.m. We have been informed by Chambers that Your Honor is not available on the dates we initially proposed to adjourn the conference in our letter of January 8, 2010. We have contacted opposing counsel and they have not objected to adjourning the pre-motion conference to March 12, 2010 at 2 p.m. Chambers has confirmed that Your Honor is available at this proposed time.

Respectfully submitted,

Christos Yatrakis

cc:    Jonathan Hafen, Esq. (by e-mail)
       Alyssa Young, Esq. (by e-mail)
       Alan Geffin, Esq. (by e-mail)

3745335v.1