UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHNSON & JOHNSON and LIFESCAN, INC.,

                Plaintiffs,

-against-

SOUTH POINT WHOLESALE, INC., et al.,

                Defendants.
----------------------------------------------------------X

08 Civ. 1297 (SLT) (SMG)

**STIPULATION AND ORDER**

On consent of Cross-Claimants, MSI Medical Supply, Inc. and Michael Barba and Cross-Claim Defendant CARLOS HERNANDEZ ("Hernandez"),

**IT IS HEREBY ORDERED THAT:**

1. MSI Medical Supply, Inc.'s and Michael Barba's cross-claim against Hernandez shall be, and is hereby dismissed with prejudice;

2. MSI Medical Supply, Inc.'s and Michael Barba's cross-claims against other defendants shall continue in the action; and

3. Each party shall bear its own costs and attorney's fees.

**IT S FURTHER STIPULATED**, by and between the undersigned parties, that signatures transmitted electronically or by facsimile shall be deemed original.

Dated: March 2, 2010
       Garden City, New York

CONSENTED AND AGREED TO:

_____
Jura C. Zibas (JZ 8970)
Lewis Brisbois Bisgaard & Smith, LLP
199 Water Street, Suite 2500
New York, NY 10038
Tel:   212-232-1300
Fax:  212-232-1399
*Attorneys for MSI Medical Supply, Inc. and Michael Barba*

_____
Martin I. Saperstein (MS 5510)
Goodman & Saperstein
100 Garden City Plaza, Suite 412-B
Garden City, NY 11530
Tel:   516-227-2100
Fax:  515-227-2108
*Attorneys for Carlos Hernandez*

**SO ORDERED:** _____