Case 1:08-cv-01297-SLT -SMG   Document 520   Filed 03/22/10   Page 1 of 2

Case 1:08-cv-01297-SLT -SMG   Document 509   Filed 03/10/10   Page 1 of 2

FILED
IN CLERK'S OFFICE
   COURT E.
MAR 2 2 2010
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
x------------------------------------------------------------x
JOHNSON & JOHNSON AND LIFESCAN, INC., :

               Plaintiffs,

   - against -

SOUTH POINTE WHOLESALE, INC., ET AL.,

               Defendants.
x------------------------------------------------------------x

08 Civ. 1297 (SLT)

CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED, that the Law Firm of GOODMAN & SAPERSTEIN of 100 Garden City Plaza, Suite 412-B, Garden City, NY 11530, be substituted as attorney(s) of record for the undersigned parties in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: March 4, 2010

PRODUCT PERFORMANCE COMPANY, INC.

By: _____
Name: Stephen Herman
Title: Secretary/Treasurer

_____
STEPHEN HERMAN

_____
JERROLD HERMAN

_____
ROBERT B. BOTWINICK

1

GOODMAN & SAPERSTEIN

*[signature]*

Stanley Goodman
100 Garden City Plaza, Suite 412-B
Garden City, NY 11530
(516) 227-2100
gsesq600@aol.com

TASHJIAN & PADIAN

*[signature]*

Gerald Padian
15 West 36th Street
New York, NY 10018
(212) 319-9800
gpadian@tashpad.com

SO ORDERED:

s/ Hon. Sandra L. Townes   ,U.S.D.J.

March 19, 2010
DATE