# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

March 23, 2010

**By ECF**

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax (212) 336-7906
gpotter@pbwt.com

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     Johnson & Johnson, et al. v. South Pointe Wholesale, Inc. et al. 08 Civ 1297 (SLT) (SMG)

Dear Judge Gold :

      Enclosed please find a revised proposed discovery schedule that I am providing to you in advance of tomorrow's status conference.

                Respectfully yours,

                /s/ Geoffrey Potter

GP:clc

3860687v.1

## Johnson & Johnson and Lifescan, Inc.
## v.
## South Pointe Wholesale Inc. et al.

### Discovery Schedule, March 23, 2010

| No. | Deponent | Proposed Deposition Date |
| --- | --- | --- |
| 1. | Howard Frank | Automatic Stay |
| 2. | Prime International 30(b)(6) | Automatic Stay |
| 3. | MSI Medical Supply, Inc. | March 26, 2010 |
| 4. | Dennis Gatscher | April 1, 2010 |
| 5. | Midwest Drug Supply | April 2, 2010 |
| 6. | Edward Letko | April 6, 2010 |
| 7. | American Healthcare, Inc. 30(b)(6) | April 7, 2010 |
| 8. | Bill Pretto, LifeScan employee requested by Product Performance | April 8-9, 2010 |
| 9. | Wolf Medical 30(b)(6) requested by Novex | April 13, 2010 |
| 10. | Jeffrey Littman | April 15, 2010 |
| 11. | Sterling Wholesale 30(b)(6) | April 16, 2010 |
| 12. | Ron Kaufman (former employee of QK Healthcare Inc.) | TBD |
| 13. | Herb Dunayer | April 21, 2010 |
| 14. | Cobra Capital, Inc. 30(b)(6) | April 22, 2010 |
| 15. | Elaine Gabbai* | April 27, 2010 |
| 16. | Laura Jantzen* | April 27, 2010 |
| 17. | Randy Crowell | April 28, 2010 |
| 18. | Green Valley Medical Distributors 30(b)(6) | April 29, 2010 |
| 19. | Duane Reade 30(b)(6) requested by QK Healthcare | April 30, 2010 |
| 20. | Tyler Farnes | May 4, 2010 |
| 21. | Timothy Farnes | May 5, 2010 |
| 22. | MedSource 30(b)(6) | May 6, 2010 |

All depositions, unless indicated otherwise, are to be conducted at the offices of Patterson Belknap Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036, starting at 9:30 A.M.
* To be conducted at QK Healthcare's offices in Bellport, New York.
3827685v.3

**Johnson & Johnson and Lifescan, Inc.**
**v.**
**South Pointe Wholesale Inc. et al.**

**Discovery Schedule, March 23, 2010**

| No. | Deponent | Proposed Deposition Date |
|---|---|---|
| 23. | Medco Health Solutions 30(b)(6) | May 10, 2010 |
| 24. | Anton van Schalwyk | May 11, 2010 |
| 25. | Marketing and Distribution Services 30(b)(6) | May 12, 2010 |
| 26. | Mark Sowter | May 13, 2010 |
| 27. | Hadida 30(b)(6) | May 14, 2010 |
| 28. | WellPoint 30(b)(6) requested by QK Healthcare | May 15, 2010 |
| 29. | Howard B. Goldman | May 17, 2010 |
| 30. | H&H Wholesale, Inc. 30(b)(6) | May 18, 2010 |
| 31. | Dennis Smith | May 20. 2010 |
| 32. | DBS Trading, Inc. d/b/a Masters Pharmaceutical 30(b)(6) | May 21, 2010 |
| 33. | LifeScan 30(b)(6) requested by QK Healthcare | May 27, 2010 |
| 34. | LifeScan 30(b)(6) requested by Product Performance | May 27, 2010 |

| | |
|---|---|
| **June 15, 2010:** | Completion of All Fact Discovery |
| **July 15, 2010:** | deadline for filing expert reports on issues as to which a party bears the burden of proof |
| **September 3, 2010:** | deadline for rebuttal expert reports |
| **October 1, 2010:** | deadline for all expert discovery |
| **November 30, 2010:** | deadline for filing dispositive motions (subject to Judge Townes' rules regarding pre-motion conferences; to the extent they apply, pre-motion conference applications are due by October 11, 2010) |
| **January 17, 2011:** | deadline for filing opposition papers |

All depositions, unless indicated otherwise, are to be conducted at the offices of Patterson Belknap Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036, starting at 9:30 A.M.
* To be conducted at QK Healthcare's offices in Bellport, New York.
3827685v.3

**Johnson & Johnson and Lifescan, Inc.**
**v.**
**South Pointe Wholesale Inc. et al.**

**Discovery Schedule, March 23, 2010**

|  |  |
|---|---|
| **February 23, 2011:** | deadline for filing reply papers |

All depositions, unless indicated otherwise, are to be conducted at the offices of Patterson Belknap Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036, starting at 9:30 A.M.
\* To be conducted at QK Healthcare's offices in Bellport, New York.
3827685v.3