UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

JOHNSON & JOHNSON AND LIFESCAN, INC.,

                      Plaintiffs,

       - against -

SOUTH POINTE WHOLESALE, INC., ET. AL.,

                      Defendants.

----------------------------------------x

08 Civ. 1297 (SLT) (SMG)

ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant Edward Letko shall appear for a deposition, to be videotaped and recorded stenographically, at 10:00 a.m. on May 10 and May 11, 2010, at the offices of Patterson Belknap Webb & Tyler LLP located at 1133 Avenue of the Americas, New York, New York 10036

2. One or more persons, including but not limited to Edward Letko, designated by non-party American Healthcare Supply Inc. with knowledge concerning the topics described in the subpoena *duces tecum,* dated April 15, 2010, shall sit for a deposition, to be videotaped and recorded stenographically, at 10:00 a.m. on May 10 and May 11, 2010, at the offices of Patterson Belknap Webb & Tyler LLP located at 1133 Avenue of the Americas, New York, New York 10036.

SO ORDERED:

_____
Steven M. Gold
United States Magistrate Judge

Dated: 4/23/2010

3934591v.1