

30 Rockefeller Plaza | 24th Floor | New York, NY 10112-2201
212-653-8700 office | 212-653-8701 fax | www.sheppardmullin.com

Writer's Direct Line: 212-634-3088
jmccarney@sheppardmullin.com

June 17, 2010

Our File Number: 0100-922678

**VIA FEDERAL EXPRESS**

Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 18 2010 ★
BROOKLYN OFFICE

Re:   *Johnson & Johnson, et al. v. South Pointe Wholesale, Inc., et al.,*
      08 Civ. 1297 (SLT) (SMG)

Dear Sir or Madam:

I write to inform the Court of my change of firm and address as follows:

James G. McCarney, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
(T) (212) 634-3088
(F) (212) 655-1748
jmccarney@sheppardmullin.com

Respectfully,

James G. McCarney

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-EAST:7JGM1\200317498.1

cc:   All Counsel (via e-mail)