**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

October 20, 2010

By E-File

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax (212) 336-7906
gpotter@pbwt.com

Honorable Steven M. Gold
Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Johnson & Johnson and LifeScan, Inc. v. South Pointe Wholesale, Inc. et al., 08 civ 1297 (SLT) (SMP)**

Dear Judge Gold:

  I write with the consent of Alyssa Young, counsel for Defendant Aristidis Spanellis, to ask that the telephone conference scheduled for tomorrow, October 21, 2010, be cancelled. It is the Plaintiffs' position that a mediation would not be fruitful.

  The parties ask that the schedule for Mr. Spanellis' motion to dismiss be revised as follows: the motion shall be filed on or before January 12, 2011, plaintiffs' opposition shall be filed on February 16, 2011 and defendants' reply shall be filed on March 16, 2011.

            Respectfully yours,

            /s/ Geoffrey Potter

4340385v.1