UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  x
JOHNSON & JOHNSON and LIFESCAN, INC.,        :
                                             :
                Plaintiffs,                  :
                                             :
        -against-                            :        1:08-cv-01297 (SLT)(SMG)
                                             :
SOUTH POINTE WHOLESALE, INC., et al.,        :
                                             :
                Defendants.                  :
------------------------------------------------------------  x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants H&H Wholesale Services, Inc. and

Howard B. Goldman in the above-captioned matter.  My Motion for Leave to Appear Pro Hac

Vice was granted on October 17, 2014.

<div style="margin-left: 45%">

Respectfully submitted,

H&H WHOLESALE SERVICES, INC.,
and HOWARD B. GOLDMAN,
By their attorney,


/s  Andrew T. O'Connor
Andrew T. O'Connor
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone:  (617) 482-1776
Facsimile:  (617) 574-4112
aoconnor@goulstonstorrs.com

</div>

Dated:  October 20, 2014

gsdocs\8121605.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, I electronically filed the foregoing with the

Clerk's Office using the Court's CM/ECF system, which will send notification of this filing

(NEF) to all registered participants.


/s  Andrew T. O'Connor

gsdocs\8121605.1